**INSIDER** 

US MARKETS CLOSED   In the news

| ▼ **Dow Jones** | ▼ **Nasdaq** | ▼ **S&P 500** | ▼ **META** | ▼ **TSLA** | ▼ **BABA** |
| **-0.56%** | **+0.1%** | **-0.09%** | **+1.98%** | **0%** | **-1.79%** |



HOME > TECH

# The 50 best barbecue joints in America, ranked

**Emmie Martin**  Jul 1, 2016, 8:43 AM

    **Download the app**



< **HOMEPAGE**   **Subscribe**



**Dinosaur BBQ in Rochester, New York, is never a bad choice.** Dinosaur Bar-B-Que/Yelp

Whether you're gearing up for a Fourth of July picnic or simply enjoying the laid-back vibes of summer, the season calls for barbecue.



So we teamed up with Foursquare to compile a list of the top barbecue joints across the US.

Because the city-guide app allows users to save and favorite the venues they love, Foursquare was able to track down which barbecue spots are getting the most praise across America. Foursquare included the top-rated location of various chain restaurants in the US, removing subsequent locations.

From Memphis dry rubs to thick Texas sauce, read on to discover where to find the most mouthwatering 'cue in the country.



‹ HOMEPAGE

Subscribe



separate work and personal apps
with work profile

Learn more

---

## 50. Blue Ribbon BBQ



Lala I./Yelp

**Location:** Arlington, Massachusetts

**Foursquare rating:** 9.23


Subscribe

years ago to bring those same flavors to another part of the country. Today, the spot still serves a host of authentic Southern dishes, including North Carolina pulled pork, Kansas City burnt ends, St. Louis cut ribs, and Texas sliced beef brisket.



## 49. Hutchins BBQ & Grill





Lucy Z/Yelp

**Location:** McKinney, Texas

**Foursquare rating:** 9.24

It's all-you-can-eat at Huchins BBQ & Grill, so pile it on and dig into melt-in-your-mouth brisket, jalapeño sausage, smoked chicken, and more. Foursquare users cheer the fried okra as well. The place gets crowded, so come prepared to fight for a table.

 

If **work-life balance matters** Choose Android Enterprise    Learn more

## 48. Phil's BBQ



Phil's BBQ/Facebook

**Location:** San Diego, California

**Foursquare rating:** 9.24

Even in Southern California, it's possible to find outstanding barbecue if you know where to look. Phil's BBQ always draws a line out the door.

"I grew up in the South and had all kinds of barbecue. I did not think you could have such flavorful beef ribs in San Diego," Foursquare user Timothy Mabrey said. "Service is fast, but go during off hours to avoid waiting in a long line."


Sustainability
or growth?
Why not both?

< HOMEPAGE  Subscribe



## 47. Midwood Smokehouse

SK/Yelp

**Location:** Charlotte, North Carolina

**Foursquare rating:** 9.24



< HOMEPAGE                                    Subscribe

always enough hickory-smoked pork chop, prime brisket, and smoked salmon to go around. The standout sides deserve a moment of appreciation as well: hush puppies, bacon-wrapped jalapeños, and pimento cheese fries are enough to suffice as a meal on their own.

---

## 46. Meat U Anywhere

Subscribe

Meat U Anywhere BBQ & Catering Grapevine/Facebook

**Location:** Grapevine, Texas

**Foursquare rating:** 9.25

If the clever name alone isn't enough to get you in the door at Meat U Anywhere, come for the slow-smoked jalapeño cheddar sausage, overflowing brisket sandwiches, and incomparable breakfast tacos. Or splurge on one of the spot's "prime time" meats, such as peppered tenderloin or bone-in pork loin chop.

## 45. Aptos St. BBQ

<HOMEPAGE





Chezy Y/Yelp

**Location:** Aptos, California

**Foursquare rating:** 9.25

Show up early if you're craving Aptos St. BBQ favorites like St. Louis-style pork ribs or a serving of tri-tip, as the joint frequently sells out. The no-frills food and hip atmosphere are completed by a wall of beer, providing customers with 37 options to wash down dinner.

< HOMEPAGE                                                                    Subscribe

## 44. 12 Bones Smokehouse

Michael P/Yelp

**Location:** Asheville, North Carolina

**Foursquare rating:** 9.25

With a rotating menu of sauces that changes daily, 12 Bones Smokehouse continually thinks up new and interesting flavor combinations. Guests can enjoy everything from blueberry chipotle barbecue to pineapple habanero sauce, but frequent trips to the restaurant are the only way to taste 'em all. Grab a few slices of sugar bacon to take home as well — you'll thank

< HOMEPAGE                                    

## 43. Alamo BBQ



Alamo BBQ/Facebook

**Location:** Richmond, Virginia

**Foursquare rating:** 9.26

Alamo BBQ gives customers a taste of Texas all the way in Virginia.

"Best BBQ in Richmond, hands down," Foursquare user Julie Brooke says. "The barbecue sauce makes the meal, the brisket is tender, and the jalapeño mac and cheese is just as good as everyone says. Eat here and you won't be disappointed."

---

## 42. Ace Biscuit & Barbecue

Subscribe

Kristie M/Yelp

**Location:** Charlottesville, Virginia

**Foursquare rating:** 9.26

At Ace Biscuit & Barbecue, they know there's nothing better than all-day breakfast. The Charlottesville joint keeps the biscuits, eggs, and waffles flowing morning to night. Drop in anytime for breakfast sandwiches overflowing with sausage, brisket, or pulled pork. Foursquare users also cheer the fried green tomatoes, served with pimento cheese for dipping.

Subscribe

# 41. Southern Soul Barbecue

Southern Soul Barbeque/Facebook

**Location:** St. Simon's Island, Georgia

**Foursquare rating:** 9.26

Famous on St. Simon's Island, Southern Soul Barbecue has an extensive menu that draws customers back time after time. Order anything from pulled pork to a rack of ribs, but be sure to top it with the Sweet Georgia Soul sauce, a customer favorite. Leave room for a side of Brunswick stew and a few fried Oreos as well.

‹ HOMEPAGE 

## 40. Hard Eight BBQ

Subscribe

**Location:** Coppell, Texas

**Foursquare rating:** <u>9.26</u>

Rustic decor and a packed menu of authentic Texas barbecue make a meal at Hard Eight BBQ feel like a family cookout. Along with onion-topped rib-eye and cut-to-order prime rib, the staff always serves up a hearty portion of Southern hospitality.

## 39. Jethro's BBQ

Triphena W/Yelp

**Location:** Des Moines, Iowa

**Foursquare rating:** 9.28

Part sports bar, part barbecue joint, Jethro's BBQ serves up slow-cooked meat and handcrafted sides, all made fresh daily. Inside, the space aims to evoke the feeling of eating around a campfire during a cattle drive — without missing a single NFL game, that is.

## 38. Freedmen's

< HOMEPAGE                                                                    



Scott S/Yelp

**Location:** Austin, Texas

**Foursquare rating:** 9.29

Stop by Freedmen's in Austin for an upscale twist on barbecue, thanks to rustic decor, a menu of intricate cocktails, and a Sunday brunch complete with barbecue Benedict. Offbeat options, such as grilled cabbage slaw, house-made sausage, and smoked banana pudding give it an edge in flavor as well.

## 37. Sweet Lucy's Smokehouse

Stefan J/Yelp

**Location:** Philadelphia, Pennsylvania

**Foursquare rating:** 9.29

HOMEPAGE



unusual sides like cheesy spinach and cucumber-tomato salad.

"Phenomenal BBQ joint!" Foursquare user Donnie H. writes. "Beef brisket is fantastic, along with pretty much every one of their sides! Great laid back atmosphere as well!"

---

## 36. Pecan Lodge

Lane B/Yelp

**Location:** Dallas, Texas

**Foursquare rating:** 9.3

After Pecan Lodge proprietors Justin and Diane quit their corporate jobs to spend more time as a family, they started selling their smoked meat at the local farmer's market. Word spread about their tiny stand, blessing the couple with long lines that soon warranted a full-blown storefront. Stop by for smoked meats, loaded sweet potatoes, and hand-battered fried chicken.

# 35. JR's Barbecue

< HOMEPAGE





Rita W/Yelp

**Location:** Culver City, California

**Foursquare rating:** <u>9.31</u>

JR's Barbecue in Culver City starts with mesquite, white oak, and pecan wood for smoking, followed by a custom dry rub to bring out the meat's flavor. But the real magic is the spot's homemade sauce: hot, spicy, and sure to give even the biggest hot-sauce connoisseurs a run for their money.

<
HOMEPAGE

Subscribe


## 34. La Barbecue Cuisine Texicana

Dan B/Yelp

**Location:** Austin, Texas

**Foursquare rating:** 9.31



‹ **HOMEPAGE**                                            Subscribe

pricey, but worth it. The simple menu boasts a whole lotta meat: sausage, brisket, pulled pork, two kinds of ribs, and a selection of hefty sandwiches.

## 33. Lockhart Smokehouse

Lockhart Smokehouse/Facebook

**Location:** Dallas, Texas

**Foursquare rating:** 9.32

When you order at Lockhart Smokehouse, the meat is pulled directly from the smoker and sliced up before your eyes. Load up on lean beef shoulder clod, smoky dry rubbed ribs, or juicy pork chops. Grab a few sausage links as well — it's the only place in Dallas where you can score Kreuz Market sausage.

## 32. Sweet P's Barbeque & Soul House





Sherry B/Yelp

**Location:** Knoxville, Tennessee

**Foursquare rating:** 9.32

The menu at Sweet P's Barbeque & Soul House in Knoxville overflows with soul food classics, from Tennessee beef brisket to pimento cheese dip to banana pudding. In addition to serving top-notch 'cue, Sweet P's doubles as a concert venue, hosting free performances by local artists.

< HOMEPAGE 

---

## 31. Andy Nelson's Southern Pit Barbecue

Kevin B/Yelp

**Location:** Cockeysville, Maryland

**Foursquare rating:** 9.33

Slow cooked until it falls off the bone and simmered in the Nelson family's Memphis-style heirloom sauce, the barbecue at Andy Nelson's is always fresh and flavorful. Steeped in over 30 years of family tradition, the restaurant makes everything from scratch and touts friendly

 HOMEPAGE



## 30. Slows Bar-B-Q



SLOWS BAR BQ/Facebook

**Location:** Detroit, Michigan

**Foursquare rating:** 9.33

Slows puts a gourmet twist on classic barbecue for dishes like baby back ribs dry rubbed in a blend of 13 spices, blackened catfish, and jambalaya packed with smoked chicken and spicy andouille sausage. And no meal at Slows can be completed without a beer ... or two, or three. Choose from one of the 56 options on the spot's iconic menu.

---

## 29. Saw's BBQ





Jerry L/Yelp

**Location:** Homewood, Alabama

**Foursquare rating:** 9.33

"If you like a vinegar-based barbecue, Saw's is one of the top joints in Alabama," Foursquare user Lee Tucker writes. "Good food in a cool atmosphere. The pulled pork was excellent: very tender, juicy with a good taste."

While you're there, be sure to sample Saw's signature white sauce.

## 28. Chaps Pit Beef

Vincent D/Yelp

**Location:** Baltimore, Maryland

**Foursquare rating:** 9.33

What started as two guys selling beef, ham, and sausage out of a literal shack is now one of Maryland's top barbecue joints. Twenty-seven years later, Chaps Beef Pit has been featured on shows like "Diners, Drive-Ins, and Dives" to "Man v. Food" to "The Best Thing I Ever Ate."

< HOMEPAGE

 Subscribe

## 27. Franklin Barbecue



**Location:** Austin, Texas

**Foursquare rating:** <u>9.33</u>

Texans flock to Austin's Franklin Barbecue for some of the best smoked meat in the Lone Star State. Arguably more famous than the food itself, the line can stretch four to five hours long. It's worth it to hold out for the spot's fatty brisket and juicy pulled pork, though. Locals also

love the Tipsy Texan, a sky-high sandwich bursting with brisket, coleslaw, pickles, and sausage.

## 26. Prohibition Pig



Prohibition Pig/Facebook

**Location:** Waterbury, Vermont

**Foursquare rating:** 9.33

Though pricier than the typical barbecue joint, upscale Prohibition Pig in Waterbury offers elevated options such as a whole pit-smoked chicken topped with a hush puppy garnish, or the "Hoosier Daddy" sandwich filled with breaded pork loin and pickles. With more than 20 craft beers on tap, a complementary brew is never hard to come by.

Subscribe

## 25. Fat Matt's Rib Shack

Ruby C/Yelp

**Location:** Atlanta, Georgia

**Foursquare rating:** 9.34

Only two main dishes are on the menu at Fat Matt's Rib Shack in Atlanta: ribs and chicken. Skip the bird in favor of the joint's namesake dish. Moist, falling off the bone, and doused in a tangy sauce, the ribs never disappoint. Foursquare users recommend the rum baked beans and collard greens to finish off the meal.



## 24. Heirloom Market BBQ

Daniel B/Yelp


‹ HOMEPAGE                                    Subscribe

**Foursquare rating:** <u>9.34</u>

A tiny, no-frills spot, Heirloom Market BBQ in Atlanta marries Korean barbecue with its Texas-style cousin. Regulars rave about the spicy Korean pork sandwich, which includes a chunk of gochujang-marinated pork topped with a generous helping of kimchi slaw for a bold combination of spicy, smoky, and sweet.

---

## 23. Little Miss BBQ



Mark C/Yelp

**Location:** Phoenix, Arizona

**Foursquare rating:** 9.34

Smoked fresh daily on Arizona oak and pecan, the meat at Little Miss BBQ in Phoenix comes out moist and tender. The wait is regularly two hours or more, but it's worth it for a hunk of fatty, melt-in-your-mouth brisket. Round out the meal with a scoop of creamy jalapeño cheddar grits.

---

## 22. Green Street Smoked Meats

‹  HOMEPAGE                                                    



SM/Yelp

**Location:** Chicago, Illinois

**Foursquare rating:** 9.34

The best place to find Texas-style barbecue in Chicago, Green Street Smoked Meats features straightforward offerings such as sliced brisket, pork belly, ribs, and even Frito pie. Rustic, wooden decor under a sky of twinkling lights gives the joint a cozy, down-home vibe that will transport you right back to summer family cookouts.

<  HOMEPAGE                                    

## 21. RayRay's Hog Pit

Ray Ray's Hog Pit/Facebook

**Location:** Columbus, Ohio

**Foursquare rating:** 9.35



from local farms and is smoked 12 to 16 hours to produce the telltale pink smoke ring of a quality slab. Slather on one of the spot's homemade sauces, such as sweet BBQ or habanero BBQ, for an extra dose of flavor, though the meat stands alone if you prefer your ribs dry.

## 20. Fette Sau

Subscribe

Anny Z/Yelp

**Location:** Brooklyn, New York

**Foursquare rating:** 9.36

If you're planning a trip to Fette Sau, come prepared for meat, meat, and more meat.

"Fette Sau serves spectacular smoked meats by the pound — pulled pork shoulder, loin chops, and boneless beef ribs," Gothamist shared on Foursquare. "The baked beans are pretty meaty themselves, so consider yourself forewarned." Vegetarians, beware.

## 19. Smokin Pig BBQ

< HOMEPAGE





Rylan T/Yelp

**Location:** Pendleton, South Carolina

**Foursquare rating:** 9.36

You can't beat the brisket at Pendleton's Smokin Pig BBQ. Smoked to perfection, crisp, and topped with a flavor-packed dry rub, it falls apart in your mouth. Round out your meal with an order of jalapeño grits or sweet potato fries, and you're sure to leave full and happy.

Subscribe

## 18. Community Q BBQ



Mauricio A/Yelp

**Location:** Decatur, Georgia

**Foursquare rating:** 9.36

Come for the barbecue, stay for the mac and cheese at Community Q BBQ, where the rich side is not to be missed. "Brisket had great taste, tenderness, and smoke rings! The mac was

< HOMEPAGE                                                    Subscribe

Don't be scared of the heat, she wants.

---

## 17. Burn Co BBQ

Jennifer W/Yelp

**Location:** Tulsa, Oklahoma

**Foursquare rating:** 9.38

Through a no-frills design and utilitarian decor, the proprietors at Burn Co BBQ aim to make the restaurant feel like a backyard cookout — all about the company and, mostly, the food. The spot smokes its meats daily and offers a diverse menu of everything from pulled pork to smoked bologna to venison sausage.

## 16. Central BBQ

HOMEPAGE

Subscribe



Brian M/Yelp

**Location:** Memphis, Tennessee

**Foursquare rating:** 9.39

In the mood for traditional, authentic Memphis-style barbecue? Make Central BBQ your go-to spot. The joint features premium meat dry rubbed with spices, marinated for a full 24 hours, and slow smoked to perfection over hickory and pecan wood. You can't go wrong with classic options like ribs or brisket, but be sure to try the smoked hot wings and pulled pork nachos as well.

‹  HOMEPAGE                                                   Subscribe

## 15. Mighty Quinn's BBQ

Mighty Quinn's Barbeque/Facebook

**Location:** New York, New York

**Foursquare rating:** 9.39

New York City's Mighty Quinn's gives its Southern counterparts a run for their money. The spot's specialties include its brisket and burnt ends, and Foursquare users cheer the "brontosaurus rib," a huge serving of beef short rib that weighs nearly a pound.

‹ HOMEPAGE 

## 14. Pappy's Smokehouse



**Location:** St. Louis, Missouri

**Foursquare rating:** 9.4

St. Louis locals rave about Pappy's Smokehouse, and for good reason: The Memphis-style 'cue is smoked for 14 hours over sweet apple or cherry wood and doused with Pappy's tangy homemade sauce. Make a point of going early — it's known for selling out.

---

## 13. Rudy's Country Store & Bar-B-Q



Rudy's Country Store and Bar-B-Q/Facebook

**Location:** Austin, Texas

**Foursquare rating:** 9.4

Austin's competitive barbecue scene can be cutthroat, but Rudy's Country Store & Bar-B-Q consistently delivers quality food and friendly service. Yes, it's in a gas station, but one taste of the moist brisket or smoked turkey breast will make you forget the world around you. Whatever you order, be sure to slather it in Rudy's signature sauce.

## 12. Hometown Bar-B-Que

‹ HOMEPAGE





Jason L/Yelp

**Location:** Brooklyn, New York

**Foursquare rating:** 9.4

You'll find more than your typical barbecue offerings at Brooklyn's Hometown Bar-B-Que. Branch out with an order of pork belly tacos, a lamb belly banh mi sandwich, or Vietnamese hot wings. But if you're craving a taste of traditional Texas 'cue, you can't go wrong with brisket or pulled pork.

‹ HOMEPAGE



## 11. John Mull's Meats and Road Kill Grill

Shawn H/Yelp

**Location:** Las Vegas, Nevada

**Foursquare rating:** 9.41

< HOMEPAGE 

Vegas comes packed with flavor. For only $13.65, nosh on the spot's famous ribs — which come highly praised by Foursquare users — along with classic sides like mac and cheese and baked beans.

## 10. The Joint

Ashley H/Yelp

**Location:** New Orleans, Louisiana

**Foursquare rating:** 9.44

Wooden walls and mismatched furniture give The Joint an authentic, cozy feel from the minute you step in. The food doesn't disappoint either.

"Some of the best barbecue I've ever had!" Foursquare user Stephen McQuaid noted. "Ordered a bit of everything, but the highlight was definitely the ribs. Drown it in their homemade barbecue sauce and you can't go wrong."

---

## 9. Q39





Q39/Facebook

**Location:** Kansas City, Missouri

**Foursquare rating:** <u>9.44</u>

After a series of wins in barbecue competitions, classically-trained chef Rob Magee opened Q39 to bring the distinctive flavor of competitive barbecue to the public. Q39's first batch of meat goes in the smoker at 2 a.m. every day, precisely timed to be hot and ready for the lunch crowd. The dinner meat follows, ensuring that customers only consume freshly prepared food.

< HOMEPAGE



## 8. Smoque BBQ

Michael U/Yelp

**Location:** Chicago, Illinois

**Foursquare rating:** 9.45



‹ HOMEPAGE                                           Subscribe

precisely complement certain cuts of meat. The attention to detail and willingness to mix styles pays off: Patrons come back again and again for the smoky spare ribs and moist brisket.

---

## 7. Bogart's Smokehouse

Subscribe

Steven B/Yelp

**Location:** St. Louis, Missouri

**Foursquare rating:** 9.49

You might think you've had great ribs before, but you don't know what you're missing until you've ordered a rack from Bogart's Smokehouse in St. Louis. Dry-rubbed and topped with a caramelized apricot glaze, the ribs come out tender and slightly sweet — consistently a customer favorite.

## 6. The Salt Lick

< HOMEPAGE





Priscilla Z/Yelp

**Location:** Driftwood, Texas

**Foursquare rating:** 9.5

Situated in the heart of Texas Hill Country, The Salt Lick has recipes that are steeped in family tradition. The restaurant still uses the original barbecue pit that owner Scott Roberts' father built in 1967. For $25 per person, chow down on the all-you-can-eat family-style platter, complete with beef brisket, sausage, and pork ribs.

‹ HOMEPAGE

Subscribe

## 5. Dinosaur Bar-B-Que

Dinosaur Bar-B-Que/Yelp

**Location:** Rochester, New York

**Foursquare rating:** 9.52

Touted as some of the best barbecue in America by shows and outlets like "Good Morning America" and the Food Network, Dinosaur Bar-B-Que proves that top-notch barbecue can be found as far north as upstate New York. Expect a line, but it's worth it for the juicy pulled pork

< HOMEPAGE 

Though Dinosaur originated in Syracuse, New York, the Rochester location is the highest-rated on Foursquare.

## 4. Fox Bros. Bar-B-Q

Stephanie P/Foursquare

**Location:** Atlanta, Georgia

**Foursquare rating:** 9.52

What started as a backyard passion for Texas-born twins Jonathan and Justin Fox quickly blossomed into an all-out affair, with the brothers cooking for over 250 people. They decided to go into the barbecue business full-time, and today, Fox Bros. Bar-B-Q stands as an Atlanta staple. Stop by for a larger-than-life serving of the beef short rib.

## 3. Eli's BBQ



Jann W/Yelp

**Location:** Cincinnati, Ohio

**Foursquare rating:** 9.53

Enjoy your dinner al fresco at Eli's BBQ, a cash-only, BYOB spot in Cincinnati. Foursquare users rave about the pulled pork sandwich, but take note: You'll be instantly addicted. Be sure to couple it with a side of Eli's famous baked beans.

< HOMEPAGE                                      Subscribe



## 2. Stanley's Famous Pit Barbecue



Stanley's Famous Pit Bar-B-Q

**Location:** Tyler, Texas

**Foursquare rating:** 9.54

The oldest mom-and-pop barbecue joint in Tyler, Stanley's Famous Pit Barbecue has something for the whole family. The extensive menu includes everything from stuffed baked potatoes to Frito pie to tacos, all featuring the spot's pit-smoked 'cue. Wash it all down with a selection from more than 70 American craft whiskeys

< HOMEPAGE                                    Subscribe

# 1. Joe's Kansas City Bar-B-Que



**Location:** Kansas City, Kansas

**Foursquare rating:** 9.58

Yes, the best barbecue in the country can be found inside a gas station. But don't judge a book by its cover: Joe's Kansas City Bar-B-Que serves up award-winning recipes, born out of the

proprietors' love of competition and belief that smoke can transform any cut of meat into a delicacy. The ribs, pulled pork, and Z-Man sandwich — which comprises slow-smoked beef brisket, smoked provolone, and crispy onion rings — are all must-trys.

---

## Read next

**Listen to The Refresh, Insider's real-time news show**

Features    Foursquare    Barbecue    More...

< HOMEPAGE                                                    



\* Copyright © 2022 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our

Terms of Service,  Privacy Policy  and  Cookies Policy.

Contact Us   |   Sitemap   |   Disclaimer   |   Accessibility   |   Commerce Policy   |   Advertising Policies   |   CA Privacy Rights   |   Coupons

|   Made in NYC   |   Jobs @ Insider

Stock quotes by finanzen.net   |   Reprints & Permissions

International Editions:

INTL   |   AS   |   AT   |   DE   |   ES   |   IN   |   JP   |   MX   |   NL   |   PL   |   ZA

CA Do Not Sell My Info