**FOOD AND DRINK EVENTS**

| DEC 2 | Central Market Cooking Classes<br>Fri<br>SPONSORED | DEC 1 | Theaster Gates: Afro Mingei<br>Nasher Sculpture Center · Thu, 4:00 PM | DEC 1 | First Friday F...<br>Downtown Arling... |

FOOD

# Who has the best BBQ in D-FW?

Only one restaurant in town can have the best barbecue and it's up to you to decide.



Follow This Story — Get Personalized News Updates

By [The Dallas Morning News](#)
11:03 AM on Aug 4, 2020

 Listen to this article now    1.0×
 ● Powered by Trinity Audio
00:00                                                                           01:22

Welcome to Dallas-Fort Worth, where smoked meat is a way of life. From sausage to ribs to the ever-important beef brisket, we want to know which barbecue joint is the best in all of D-FW and it's up to you to decide.

That's right, *The Dallas Morning News*' Readers' Choice Best in D-FW: **Best BBQ** category is back this year. It's true that only one restaurant in town can have the best barbecue, but they won't be the only winners. When you vote, you'll automatically be entered for a chance to win *The Best in D-FW Experience*: A meal at the winning restaurant and a brand new outdoor grill. Consider us picking up the tab as a thank you for participating in this civic and delicious duty for our community.

**UPDATE as of 9/9/2020:** After three rounds of voting and over 60,000 votes cast, Dallas-Fort Worth has chosen a winner. Congratulations to Hutchins BBQ & Grill for winning the 2020 Readers' Choice Best in D-FW: Best BBQ competition.

Restaurants that made it to the final round:

*407 BBQ*

*Cattleack Barbeque*



SPONSORED CONTENT

**Silverado High Country: Sophisticated Inside You Might Forget It's a Truck**



*Hutchins BBQ & Grill*

*Hurtado BBQ*

Restaurants that made it to the top 8:

*407 BBQ*

*Blu's Barbeque & BBQ Catering*

*Cattleack Barbeque*

*Dayne's Craft Barbecue*

*Hutchins BBQ & Grill*

*Hurtado BBQ*

*Love Joy BBQ*

*Smoke Sessions Barbecue*