# U.S. House of Representatives
## CERTIFICATE OF CONGRESSIONAL RECOGNITION

*Presented to*

## HUTCHINS BBQ MCKINNEY

*In recognition of being named*

*The Best BBQ in DFW*

*during The Dallas Morning News reader's choice competition.*



September 17, 2020
DATE

*Van Taylor*
VAN TAYLOR
MEMBER OF CONGRESS