

   



## Our 100 Favorite DFW Restaurants for 2022.

  

Labor and supply shortages. Spiraling inflation. Power blackouts. Suddenly, we're being forced to learn the Greek alphabet. Was there any good news for hungry Dallas diners in the past 12 months?

Sure. Lots. Dallas restaurants started to rally this spring as diners were eager to get back out. Places new and old found ways to open their doors and serve not just amazing food, but offer the hospitality we all missed. Two years after being named *Bon Appetit*'s restaurant city of the year, Dallas is still foraging (hah) ahead with a slate of talented chefs braving the choppy waters and opening new and exciting restaurants.

Plenty of old favorites and a dozen new spots fill this list of the city's Top 100 restaurants, where we aim to highlight locally owned spots that showcase the breadth of our culinary culture in this wonderful and hungry city. – *Lauren Drewes Daniels*

 

Dallas' independent source of local news and culture

| SEARCH BY NAME | FILTER BY:  REGION  CUISINE  Near Me  |

THE BEST RESTAURANTS IN DALLAS 2022: OUR TOP 100 LIST //

# HUTCHINS BBQ



Rachel Cleaver

Cattleack Barbeque, with its limited opening hours, may be the cult favorite among Dallasites who can sneak out of the office at lunchtime on Thursdays. But the best all-around barbecue joint in the area that's open on a consistent basis is Hutchins, with locations in Frisco and McKinney. The appeal here is that everything across the board is excellent, from the thick slices of fatty brisket to the banana pudding for dessert. And, unlike some of its fellow barbecue joints, Hutchins doesn't act like it's aware of its glowing reputation. Even after some recent construction, the original McKinney location is a no-nonsense, old-school dining room that doesn't have the circus-like atmosphere of some of the bigger, more famous Texas barbecue destinations.

**Top pick**: Everything — all the meat, all the sides — is good. Hutchins might be the most well-rounded smoked meat joint in the region.

**The downside**: We wish they'd open a location farther south. Like, say, next to our office.

**Fun fact**: Peach cobbler, banana pudding and soft-serve ice cream are free — yes, free — for dine-in customers. There's also an all-you-can-eat dine-in option for $23. *($$)*