FORBESLIFE • EDITORS' PICK

# From Shake Shack To BBQ: Great Mail-Order Meals Delivered Right To Your Door

**Larry Olmsted** Senior Contributor 

*I am an award winning travel journalist & bestselling author. Follow me on Instagram travelfoodguy or Twitter @travelfoodguy*

Follow

Apr 4, 2020, 07:03am EDT

 Listen to article  7 minutes 



Shake Shack just started shipping kits to make it's burgers at home!   SHAKE SHCACK/GOLDBELLY

Takeout and restaurant delivery are local, and if you live in the right spots, they can be lifesavers, especially in these trying times.

But mail-order foods mean meals and ingredients delivered to your home anywhere, from top eateries and suppliers nationwide. This gives you a bigger range of products and ingredients to choose from, and also lets you minimize contacts with others - you can get a week or more of meals in a single shipment to your door, versus having deliveries every day.

I've been writing about America's best mail-order foods for more than a decade for different newspapers and magazines, and just three weeks ago I saw the writing on the wall and did an in-depth round up of my long times favorites here at *Forbes*. That piece has a lot of options, as well as good sources for ingredient delivery for cooking at home, in addition to restaurant meals, and is definitely worth checking out.

But since then, a few new options have either come onto the mail order scene, or I've learned of them from foodie friends, and since this period of staying in seems to keep getting longer, I wanted to share the knowledge.





The Shake Shack kit from Goldbelly includes Pat La Freida custom beef patties and everything else ... [+] SHAKE SHACK/GOLDBELLY

The highest profile of newcomer is Shake Shack, the beloved, almost cultish, burger chain launched in New York by world famous restaurateur Danny Meyer, now a global phenomenon. Less then a week ago, Shake Shack announced it would be debut DIY kits for those stuck at home—most of us—to enjoy the eatery's signature ShackBurger. It was Shake Shack that helped create the trend of "celebrity butcher," by sourcing its meat from now famous Pat LaFrieda, and the ShackBurger 8-Pack is a boxed set that includes eight servings each of fresh patties made from the restaurant's custom LaFrieda ground beef blend of hormone and antibiotic-free 100% Angus beef, as well as Martin's Potato Rolls, American cheese and their custom ShackSauce. It's a "secret" blend of mayo, ketchup, mustard and spices that's a little bit sweet, a little bit spicy, and has a lot of fans worldwide.

### MORE FOR YOU

**The 'Backsies' Billionaire: Texan Builds Second Fortune From Wreckage Of Real Estate Empire He'd Sold**

**Inflation Hedge, Old School: Gold & Silver Stocks Perk Up**

**The 55 Best Tech Gifts For Everyone In Your Life**

Shake Shack teamed up with Goldbelly, which is the nation's largest online retailer of foods and products from famous restaurants, bakeries, pizzerias, delis and salumerias across the nation. I covered Goldbelly in my last piece, but to recap, they sell such other well-known faves as Carnegie Deli pastrami, wings from Buffalo's Anchor Bar, and other prized regional favorites. The ShackBurger at Home kits are $49 and can be ordered directly from the Goldbelly website.



Hutchins BBQ is one of the best in Texas, and currently ships their USDA Prime brisket and jalapeno ... [+]   KEVIN MARPLE 2014



> Legendary Italian Brand Lancia Makes A Three-Car EV Comeback

Barbecue is one of the ultimate comfort foods in stressful times, and I included some great mail order spots in my last piece, but my friend Mike Hiller, a Dallas food critic who writes for the *Dallas Morning News* and *LA Times* and is a guru on all things meat and BBQ, hipped me to [Hutchins BBQ](), with two locations in the Dallas area. He's not alone - Hutchins was also a pick of Oprah Winfrey's *O Magazine*, which wrote: "You will taste this melt-in-your-mouth, smoked low-and-slow brisket and feel a little sad for all those years you lived without it." Pitmaster Tracy Hutchins recently had the honor of being a guest chef and cooking at New York's James Beard House, where according to Hiller's leading Dallas food blog, [*EscapeHatchDallas*](), he served two of the same signatures I just got a box of shipped to my door - homemade Original Hutchins Pork Sausages with Jalapeños and Cheese, and the dish Texas barbecue is built on, beef brisket.

I've written very extensively on all things BBQ for many years, but while there are lots of great BBQ spots in Texas and beyond, one weakness of the genre is that many places use low cost commodity meats, which makes the small percentage of BBQ joints sourcing high quality ingredients stand out even more. Hutchins is one of these—all of its brisket is the highest possible USDA Prime grade, and then they wet-age it for 45 days. Next it is rubbed with their custom seasoning and slow smoked for 18 hours. Even their sauce is standout (serve it on the side, Texas-style) and brisket is one of those things that reheats great at home, losing little in translation, unlike many restaurant dishes. My mouth waters just thinking about it.



Katz's in NYC is the world's most famous deli. Reuben (L) and Pastrami (R) can both be shipped to ... [+]  KATZ'S DELICATESSEN

When I took friends who had never been to New York on my personal tour of the city I grew up in, our first stop was Katz's Delicatessen. There may be no deli in America more famous than Katz's, the Jewish-style spot truly worthy of the description iconic, and made even more well-known in the, "I'll have what she's having" scene in *When Harry Met Sally*. Katz's has been shipping its wares for so long that its WW II slogan was "Send a salami to your boy in the Army," and today you can get its stunning pastrami, corned beef and many other best-in-class products delivered right to your door.

Unlike most eateries that use third party operators, Katz's does so much volume and has for so long that it has its own in-house operation, keeping costs down, and shipping is free for most orders.

A great example is the popular Triple Classic package, which includes a full pound each of the top sellers, pastrami, corned beef and brisket, two pounds of pickles (sour, half sour or one pound of each) and all the fixings, from mustard to rye bread. It's $145 with shipping and easily feeds 10 or more. You can also get knishes, complete dinners and more, including what may be Katz's best kept secret - the exceptional chocolate babka!



Joe's Stone Crab in Miami is without a doubt one of America's most iconic restaurants. They also ... [+]  LARRY OLMSTED

Another well informed foodie friend of mine, Michael Patrick Shiels, host of the top drive time radio show across the state of Michigan, as well as a prolific author and travel journalist, is obsessed with Joe's Stone Crab in Miami, one of America's most iconic restaurants. I've eaten at Joe's with him but did not know that they shipped many of their menu classics until he read my recent piece and suggested adding them. Joe's delivery is not cheap, as it is a pricey restaurant, but its food is delicious and unique and everything from its signature stone crab claws (with house mustard sauce of course) to its wildly beloved Key Lime pie, is available for home delivery. One of the turnkey options is complete boxed dinners for 2-8, available in four different claw sizes, including claws, bisque, cole slaw, creamed spinach, dessert and more.

*Follow me on* Twitter *or* LinkedIn. *Check out my* website *or some of my other work* here.

 **Larry Olmsted**    Follow

I am a NY Times Bestselling author. If you love Sports, check out my book Fans: How Watching Sports Makes Us Happier, Healthier, and... **Read More**

Editorial Standards                                                    Reprints & Permissions

ADVERTISEMENT