

# contents



**90**

**46**

### FEATURES

**90 LEAN ON ME** Sometimes kindness means even more when it comes from someone you don't know—as you'll see in our stories of strangers behaving wonderfully.

**100 WHERE ARE YOU GOING?** Photographer *Michelle Theall* follows the call of the wild.

**102 TO BE REAL** Meet the makeup artists helping trans people learn new beauty and grooming routines—and become who they were meant to be.

**108 PIE, OH MY!** The slice is right with these creative takes on the classic treat, including innovative flavors (hello, Fluffernutter) and fancy toppings (prepare for whipped cream "ice cubes").

### LIVE YOUR BEST LIFE

**25** The green-thumbed guy babysitting 13,000 orchids...the artist making her mark on buildings worldwide...rapper turned actor Awkwafina (a.k.a. Nora Lum) shares her twist on mac and cheese...and more.

**30 THE WORLD ACCORDING TO GAYLE** Editor at large *Gayle King* slips into an all-star jacket and gets her groove on at a soul-stirring Broadway show.

### LOVE THAT!

**37 THE BOTTOM LINE** Here's something to get behind: Our team tried on more than 150 pairs of jeans to help you find the best-fitting denim, whether you want to boost your booty or celebrate your curves.

**46 ADAM'S HOME STYLE SHEET** Turn back time with creative director *Adam Glassman* and behold these arty '80s-influenced finds.

### BEAUTIFUL!

**49 GO WILD** The bold makeup collection inspired by the *Lion King* reboot.

**50 MOOD BOARD** Looking fresh while getting fit is no sweat with these problem-solving products.

**52 BEAUTY TALK** Norma Kamali, the fashion designer whose sleeping bag coats were favored by Studio 54 doormen, shares her secrets to getting better with age.

**54 SHADOW PLAY** Need help picking the perfect hues for your next decorating project? Inspiration is just an eyeshadow palette away.

ILLUSTRATION: GRATIA LAM. EYESHADOW: CLAIRE BENOIST. MODEL: PETER ROSA/STUDIO D. BLOUSE, HABITUAL. JEANS, AMERICAN EAGLE. WATCH, MOVADO. SHOES, GUESS. WIMBREY. JOSEPH ZAMBRANO. FROM PIE. ANDREW THOMAS LEE FOR THE NEW PIE.

# 54



# 37

ten titles to pick up now, including the ballad of composer Erik Satie and a pulse-racing thriller about parents forced to commit a terrible crime... and more.

**87 LONG STORY SHORT** Author *Adrienne Brodeur* savors a dish that kept her mother close.

## LET'S EAT!

**114 SINGULAR SENSATION** This month's ingredient: mango, the sweet stone fruit that transports you to the Tropics.

**116 FAST OR FANCY** Bring the surf to your turf with two takes on the classic clambake.

**118 WHAT'S COOKING?** *Every Day Is Saturday* author *Sarah Copeland* whips up a stack of flippin' delicious johnnycakes.

## IN EVERY ISSUE

- **12** Contributors
- **16** Behind the Scenes
- **18** The Question
- **20** The Weigh In
- **23** OPRAH: Here We Go!
- **33** The O List
- **89** The Big O
- **120** OPRAH: What I Know for Sure

**56 SETTING THINGS STRAIGHT** Eleven years after embracing her hair's natural texture, O editor *Erin Stovall* reaches a breaking point.

## FEELING GOOD

**61 DO YOU HEAR WHAT I HEAR?** What's music to someone else's ears may be torture to yours. Here's why.

**64 HEALTH HEROES** The creative thinkers behind a healthcare-focused festival.

**66 YOU VS. OPIOIDS** How ordinary people can help combat the epidemic.

**68 STRESSED OR SAD?** Fatigue, insomnia, forgetfulness: Anxiety and depression can look remarkably similar.

**70 FREE AND CLEAR** In the second installment of a two-part series, O life coach *Martha Beck* lets an overwhelmed entrepreneur in on a little secret: Less is more.

## REFRESH

**75** Why finding a workout buddy can be a game changer...take a crack at making Oprah's "sexy eggs"...and more.

## READING ROOM

**83** *Colson Whitehead* returns with another dazzling novel about the dark side of American history...*Lisa Taddeo* dishes on female desire...

**ON THE COVER:** Oprah photographed by Ruven Afanador. Fashion editor: Jenny Capitain. Hair: Nicole Mangrum. Makeup: Derrick Rutledge. Set design: Todd Wiggins. On Oprah: Button-down shirt, $125; ayr.com. Jeans, $129; nydj.com. Jewelry, Sheryl Lowe; sheryllowejewelry.com.

# 108



# 75



FLATTERING JEANS WILL GET YOU EVERYWHERE! DON'T MISS O'S 2019 DENIM GUIDE ON PAGE 37.

# the O list



*A few things we think are just delicious!*

**Dandy Candy**
Looking for an elegant way to get your licks in? This champagne-infused lollipop is made with edible 24kt gold and flowers. **(Botanic Bakery floral lollipops, originally $35 for five small pops or $45 for five large pops, now 20 percent off with code OPRAH; marianellasoap.com)**

PROP STYLING: MEGUMI EMOTO/ANDERSON HOPKINS; FOOD STYLING: TINA HOANG

PHOTOGRAPHS BY Gregor Halenda

@OPRAHMAGAZINE AUGUST 2019  **33**

the O list



### Frost Bite
You know those situations where you're forced to choose between sex and an ice cream sandwich? These little squares of joy consist of a seasonal flavor—think pluot, pear caramel, cherry chocolate—between plain, ginger, or chocolate wafers. Nuff said. **(Frog Hollow Farm ice cream sandwiches,** originally $145 per dozen, now 20 percent off **with code OPRAH; froghollow.com)**

### The Sweet Spot
When life gives you lemons and berries, let them be in the form of a truly scrumptious tart, with a buttery crust and either creamy lemon curd or fresh blueberry filling. **($45 each; indigojoneseats.com)**



### I See France
Shipped frozen, these sinfully good croissants, filled with a blend of porcini mushrooms, mascarpone cheese, and truffle oil, can be baked at home whenever you feel like brunching on the Left Bank. **(Le Marais truffle croissants, $60 for ten; williams-sonoma.com)**

### That's My Jam
The evergreen blackberry's small yield means it's seldom sold commercially. It also means these luscious preserves are a major treat when paired with cheese, toast, vanilla ice cream—or a spoon. **(Regalis Wild preserves,** originally $19 each, now 20 percent off **with code OPRAH; regalisfoods.com)**







### Hot Off the Press
Not all olive oils are created equal. Awake is made with heirloom Coratina olives, herbaceous and bright. Alive comes from heirloom Coratina and Frantoio olives, nutty and smooth. Both are harvested in a certified-organic California mill and packaged to perfection. **(The Duo, $74; brightland.co)**

### Tender Loving Rare
Prediction: You will taste this melt-in-your-mouth, smoked low-and-slow brisket and feel a little sad for all those years you lived without it. Then you will make up for lost time! **(Texas prime brisket,** originally $185, now 20 percent off **with code OPRAH; hutchinsbbq.com)**





### Cut-and-Dried
Crunchy disks of 100 percent natural dehydrated fruit—some dipped in chocolate, some plain, all bittersweet—are almost too pretty to eat! Serve them with tea and dazzle your guests. **(Dardimans California assorted fruit crisp compartment box,** originally $60, now 20 percent off with code OPRAH; dardimans.com)

### Four Play
What do you get when you put a serving board, Singing Brook and brebis cheeses, pickled okra, strawberry-rhubarb jam, charcuterie, and a spreader in one delectable set? A perfect picnic for you and three friends! **(Farmstead entertaining essentials for four,** originally $95, now 20 percent off with code OPRAH; blackberryfarmshop.com)

### The Rich Get Richer
No campfire and ghost stories needed to enjoy the season's most nostalgic treats. These Maman s'mores cookies, baked daily with Guittard chocolate, toasted marshmallows, and Annie's bunny grahams, are sublime anytime, anywhere. **(Originally $45 per dozen, now 20 percent off** with code OPRAH; mamannyc.com)

### Fake It till You Bake It
When you join Courtney's Cake Club, a box with a recipe card, premeasured ingredients, a cake topper, and more shows up every month to make your family worry you've been replaced by an impostor who can actually bake. **(Single cake box,** originally $55, now 20 percent off with code OPRAH; shop.cakebycourtney.com)

### Think Pink
Why wine when you can sip an icy glass of raspberry apple cider? Westwind Orchard grows the fruit, then turns it into a light, crisp, beautifully balanced drink that's heaven on a hot day. **(Originally $25, now 20 percent off with code** OPRAH; westwindorchard.com)

