

**HUTCHINS BBQ SHIPPING!**

# Please read below for important shipping information.

We ship every Tuesday of the week, order by Monday to assure your order goes out that Tuesday. Orders placed on a Tuesday will not ship until the following week.

Thank you!

ALL    BARBEQUE    SAUCE & SEASONING    HUTCHINS APPAREL    GIFT CERTIFICATES







### Texas Style Tee
**$25.99**

Our cotton tees are the softest, most comfortable t-shirts you'll ever own. This Hutchins favorite...

LEARN MORE >

### Black Patch Hat
**$25.99**

LEARN MORE >

### Yellow Patch Hat
**$25.99**

LEARN MORE >











### Red Dirt Camo Hat
**$25.99**

LEARN MORE >

### Made In Texas
**$25.99**

Our cotton tees are the softest, most comfortable t-shirts you'll ever own. This Hutchins favorite…

LEARN MORE >

### Texas State
**$25.99**

Our cotton tees are the softest, most comfortable t-shirts you'll ever own. This Hutchins favorite…

LEARN MORE >





### HBBQ TX Twinkie
**$25.99**

Our cotton tees are the softest, most comfortable t-shirts you'll ever own. This Hutchins favorite…

LEARN MORE >

### HBBQ TX State
**$25.99**

Our cotton tees are the softest, most comfortable t-shirts you'll ever own. This Hutchins favorite…

LEARN MORE >

### HBBQ McKinney
**$25.99**

Our cotton tees are the softest, most comfortable t-shirts you'll ever own. This new design is for…

LEARN MORE >

← Page 1 of 2 →

**MCKINNEY, TEXAS**
1301 N Tennessee St,
McKinney, TX 75069
Get Directions >

ABOUT
MENU
CATERING

> "I fell in love with Texas BBQ at the age of 14 years old."
>
> ROY HUTCHINS, FOUNDER

Ph: **(972) 548-2629**
Sun-Thur 11am-9pm
Fri-Sat 11am-9:30pm

**FRISCO, TEXAS**
9225 Preston Rd
Frisco, TX 75033
**Get Directions >**
Ph: **(972) 377-2046**
Wed - Sun 11am-9pm

**CATERING**
Ph: **(972) 548-2629**
catering@hutchinsBBQ.com

**PRESS**

**EVENTS**

**STORE**

**CONTACT US**

© 2022 **Hutchins BBQ**. All Rights Reserved.

Web Design Created by **The Old State**



### HUTCHINS BBQ SHIPPING!

# Please read below for important shipping information.

We ship every Tuesday of the week, order by Monday to assure your order goes out that Tuesday. Orders placed on a Tuesday will not ship until the following week.

Thank you!

**ALL    BARBEQUE    SAUCE & SEASONING    HUTCHINS APPAREL    GIFT CERTIFICATES**



### HBBQ Frisco
**$25.99**

Our cotton tees are the softest, most comfortable t-shirts you'll ever own. This new Frisco design…

**LEARN MORE >**



### HBBQ State Flag
**$25.99**

Our cotton tees are the softest, most comfortable t-shirts you'll ever own. This Hutchins favorite…

**LEARN MORE >**

### HBBQ Logo
**$25.99**

Our cotton tees are the softest, most comfortable t-shirts you'll ever own. This Hutchins classic…

**LEARN MORE >**





## HBBQ TX Twinkie 2

**$25.99**

Our cotton tees are the softest, most comfortable t-shirts you'll ever own. This fun shirt is...

**LEARN MORE >**

← Page 2 of 2 →

---

> "I fell in love with Texas BBQ at the age of 14 years old."
>
> ROY HUTCHINS, FOUNDER

**MCKINNEY, TEXAS**

1301 N Tennessee St,
McKinney, TX 75069
**Get Directions >**
Ph: **(972) 548-2629**
Sun-Thur 11am-9pm
Fri-Sat 11am-9:30pm

**FRISCO, TEXAS**

9225 Preston Rd
Frisco, TX 75033
**Get Directions >**
Ph: **(972) 377-2046**
Wed - Sun 11am-9pm

**CATERING**

Ph: **(972) 548-2629**
catering@hutchinsBBQ.com

**ABOUT**

**MENU**

**CATERING**

**PRESS**

**EVENTS**

**STORE**

**CONTACT US**





© 2022 **Hutchins BBQ**. All Rights Reserved.    Web Design Created by **The Old State**