**Generated on:** This page was generated by TSDR on 2022-10-25 08:07:36 EDT

**Mark:** HUTCHINS BARBEQUE

HUTCHINS BARBEQUE

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88759282 | **Application Filing Date:** | Jan. 14, 2020 |
| **US Registration Number:** | 6123705 | **Registration Date:** | Aug. 11, 2020 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Aug. 11, 2020

**Publication Date:** May 26, 2020

## Mark Information

**Mark Literal Elements:** HUTCHINS BARBEQUE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "BARBEQUE"

**Acquired Distinctiveness Claim:** In whole

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Catering of food and drinks; Catering services; Restaurant and bar services; Restaurant and bar services, including restaurant carryout services; Restaurant services; Restaurant services featuring roasted meats, barbequed meats, and smoked meats; Restaurant services, including sit-down service of food and take-out restaurant services; Restaurant, bar and catering services; Food and drink catering; Restaurant and catering services

**International Class(es):** 043 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** 1991

**Use in Commerce:** 1991

## Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

| | | | |
|---|---|---|---|
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Timothy M. Hutchins

**Owner Address:** 1301 N. Tennessee Street
McKinney, TEXAS UNITED STATES 75069

**Legal Entity Type:** INDIVIDUAL     **Citizenship:** UNITED STATES

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Angela V. Langlotz     **Docket Number:** HUT-001

**Attorney Primary Email Address:** angela@trademarkdoctor.net     **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** ANGELA V. LANGLOTZ
ANGELA V. LANGLOTZ, PC
848 N RAINBOW BLVD, #3721
LAS VEGAS, NEVADA UNITED STATES 89107

**Phone:** 775-375-5123

**Correspondent e-mail:** angela@trademarkdoctor.net angela@alanglotz.com     **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 11, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| May 26, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 26, 2020 | PUBLISHED FOR OPPOSITION | |
| May 06, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 22, 2020 | ASSIGNED TO LIE | 73797 |
| Apr. 14, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 07, 2020 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Apr. 07, 2020 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Apr. 07, 2020 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Apr. 07, 2020 | EXAMINERS AMENDMENT -WRITTEN | 92836 |
| Mar. 31, 2020 | ASSIGNED TO EXAMINER | 92836 |
| Jan. 21, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jan. 17, 2020 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** PUBLICATION AND ISSUE SECTION     **Date in Location:** Aug. 11, 2020

# United States of America

## United States Patent and Trademark Office

HUTCHINS BARBEQUE

**Reg. No. 6,123,705**

**Registered Aug. 11, 2020**

**Int. Cl.: 43**

**Service Mark**

**Principal Register**

Timothy M. Hutchins  (UNITED STATES INDIVIDUAL)
1301 N. Tennessee Street
Mckinney, TEXAS 75069

CLASS 43: Catering of food and drinks; Catering services; Restaurant and bar services; Restaurant and bar services, including restaurant carryout services; Restaurant services; Restaurant services featuring roasted meats, barbequed meats, and smoked meats; Restaurant services, including sit-down service of food and take-out restaurant services; Restaurant, bar and catering services; Food and drink catering; Restaurant and catering services

FIRST USE 00-00-1991; IN COMMERCE 00-00-1991

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BARBEQUE"

SEC.2(F)

SER. NO. 88-759,282, FILED 01-14-2020



Andrei Iancu

Director of the United States
Patent and Trademark Office



**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, May 26, 2020 00:54 AM |
| **To:** | angela@trademarkdoctor.net |
| **Cc:** | angela@alanglotz.com |
| **Subject:** | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 88759282: HUTCHINS BARBEQUE: Docket/Reference No. HUT-001 |

### *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:**  88759282
**Mark:**  HUTCHINS BARBEQUE
**International Class(es):**  043
**Owner:**  Timothy M. Hutchins
**Docket/Reference Number:**  HUT-001

The mark identified above has been published in the Trademark Official Gazette (TMOG) on May 26, 2020.

**To Review the Mark in the TMOG:**

Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2020-05-26&serialNumber=88759282

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy.  For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa.  For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

*   Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board.  If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a certificate of registration should issue.

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=88759282&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=88759282&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

 **UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

Commissioner for Trademarks
www.uspto.gov

### OFFICIAL USPTO NOTICE OF PUBLICATION UNDER 12(a)

**U.S. Application Serial No.**  88759282
**Mark:**  HUTCHINS BARBEQUE
**International Class(es):**  043
**Owner:**  Timothy M. Hutchins
**Docket/Reference No.**  HUT-001

**Issue Date:**  May 6, 2020

**Your mark is scheduled to publish in the *Trademark Official Gazette* (TMOG) on May 26, 2020.**

**Your mark appears to be entitled to register** on the Principal Register, subject to any claims of concurrent use.

**What happens when your mark publishes.**  Within 30 days of the publication date, any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time) with the Trademark Trial and Appeal Board.  If no objection is filed, we will issue a registration.

**View your mark in the TMOG** after the publication date at **https://tmog.uspto.gov/** by selecting your publication date in the "issues" field, entering your serial number in the "search by" field, and clicking on the magnifying glass.

**Ensure that the information in the TMOG is correct.**  If any information is incorrect, promptly request correction using the "Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment" form at **https://teas.uspto.gov/office/ppa/**.  For more information, see **https://www.uspto.gov/trademark/trademark-updates-and-announcements/procedures-submitting-amendmentscorrections-trademark**.

**Direct questions** about this notice to the Trademark Assistance Center (TAC)at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov**.

---

**Email Address(es):**

angela@trademarkdoctor.net
angela@alanglotz.com

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, May 6, 2020 04:18 AM |
| **To:** | angela@trademarkdoctor.net |
| **Cc:** | angela@alanglotz.com |
| **Subject:** | Official USPTO Notification of Notice of Publication: U.S. Trademark SN 88759282: HUTCHINS BARBEQUE: Docket/Reference No. HUT-001 |

<u>NOTIFICATION OF "NOTICE OF PUBLICATION"</u>

Your trademark application (U.S. Serial No. 88759282) is scheduled to publish in the *Official Gazette* on May 26, 2020.  To preview the Notice of Publication, go to the Trademark Status & Document Retrieval (TSDR) database, accessible at <u>https://tsdr.uspto.gov/search.action?sn=88759282</u>.  If you have difficulty accessing the Notice of Publication, contact the Trademark Assistance Center (TAC) by e-mail at <u>TrademarkAssistanceCenter@uspto.gov</u> or by telephone at 800-786-9199.

**PLEASE NOTE:**
1. The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
2. You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Please confirm that the correspondence information shown in TSDR is correct. If the correspondence information is not correct, please update this information using the online Change of Correspondence Address Form, accessible at <u>https://teas.uspto.gov/ccr/cca</u>.

Do NOT hit "Reply" to this e-mail notification. If you find an error in the Notice of Publication, update the information using the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at <u>https://teas.uspto.gov/office/ppa</u>.

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 88759282 | FILING DATE | 01/14/2020 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | PAINTER, VALERIYA SHER | L.O. ASSIGNED | N30-NOT FOUND |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 04/15/2020 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATION |
| STATUS DATE | 04/14/2020 |
| LITERAL MARK ELEMENT | HUTCHINS BARBEQUE |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | YES | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | HUTCHINS BARBEQUE |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | Timothy M. Hutchins |
|---|---|
| ADDRESS | 1301 N. Tennessee Street<br>McKinney, TX 75069 |
| ENTITY | 01-INDIVIDUAL |
| CITIZENSHIP | United States of America |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 043 |
|---|---|
| DESCRIPTION TEXT | Catering of food and drinks; Catering services; Restaurant and bar services; Restaurant and bar services, including restaurant carryout services; Restaurant services; Restaurant services featuring roasted meats, barbequed meats, and smoked meats; Restaurant services, including sit-down service of food and take-out restaurant services; Restaurant, bar and catering services; Food and drink catering; Restaurant and catering services |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 043 | FIRST USE DATE | 00/00/1991 | FIRST USE IN COMMERCE DATE | 00/00/1991 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| DISCLAIMER W/PREDETER TXT | "BARBEQUE" |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 04/14/2020 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 008 |
| 04/07/2020 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 007 |
| 04/07/2020 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 006 |
| 04/07/2020 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 005 |
| 04/07/2020 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 004 |
| 03/31/2020 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 01/21/2020 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 01/17/2020 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Angela V. Langlotz |
|---|---|
| CORRESPONDENCE ADDRESS | ANGELA V. LANGLOTZ<br>ANGELA V. LANGLOTZ, PC<br>848 N RAINBOW BLVD, #3721<br>LAS VEGAS, NV 89107 |
| DOMESTIC REPRESENTATIVE | NONE |

# HUTCHINS BARBEQUE

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 88759282 | FILING DATE | 01/14/2020 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | PAINTER, VALERIYA SHER | L.O. ASSIGNED | N30-NOT FOUND |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 04/08/2020 |
| PUB DATE | N/A |
| STATUS | 647-EXAMINERS AMENDMENT - MAILED |
| STATUS DATE | 04/07/2020 |
| LITERAL MARK ELEMENT | HUTCHINS BARBEQUE |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | YES | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | HUTCHINS BARBEQUE |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | Timothy M. Hutchins |
|---|---|
| ADDRESS | 1301 N. Tennessee Street<br>McKinney, TX 75069 |
| ENTITY | 01-INDIVIDUAL |
| CITIZENSHIP | United States of America |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 043 |
|---|---|
| DESCRIPTION TEXT | Catering of food and drinks; Catering services; Restaurant and bar services; Restaurant and bar services, including restaurant carryout services; Restaurant services; Restaurant services featuring roasted meats, barbequed meats, and smoked meats; Restaurant services, including sit-down service of food and take-out restaurant services; Restaurant, bar and catering services; Food and drink catering; Restaurant and catering services |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 043 | FIRST USE DATE | 00/00/1991 | FIRST USE IN COMMERCE DATE | 00/00/1991 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| DISCLAIMER W/PREDETER TXT | "BARBEQUE" |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 04/07/2020 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 007 |
| 04/07/2020 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 006 |
| 04/07/2020 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 005 |
| 04/07/2020 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 004 |
| 03/31/2020 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 01/21/2020 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 01/17/2020 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Angela V. Langlotz |
|---|---|
| CORRESPONDENCE ADDRESS | ANGELA V. LANGLOTZ<br>ANGELA V. LANGLOTZ, PC<br>848 N RAINBOW BLVD, #3721<br>LAS VEGAS, NV 89107 |
| DOMESTIC REPRESENTATIVE | NONE |

# HUTCHINS BARBEQUE

| | |
|---|---|
| **To:** | Timothy M. Hutchins (angela@trademarkdoctor.net) |
| **Subject:** | U.S. Trademark Application Serial No. 88759282 - HUTCHINS BARBEQUE - HUT-001 |
| **Sent:** | April 07, 2020 12:15:44 PM |
| **Sent As:** | ecom121@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 88759282

**Mark:** HUTCHINS BARBEQUE

**Correspondence Address:**

ANGELA V. LANGLOTZ
ANGELA V. LANGLOTZ, PC
848 N RAINBOW BLVD, #3721
LAS VEGAS, NV 89107

**Applicant:** Timothy M. Hutchins

**Reference/Docket No.** HUT-001

**Correspondence Email Address:**

angela@trademarkdoctor.net

### EXAMINER'S AMENDMENT

**Issue date: April 07, 2020**

**USPTO database searched; no conflicting marks found.** The trademark examining attorney searched the USPTO database of registered and pending marks and found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

**Application has been amended as shown below.** As agreed to by Angela V. Langlotz, attorney of record, on April 7, 2020, the examining attorney has amended the application as shown below. Please notify the examining attorney immediately of any objections. TMEP §707. Otherwise, no response is required. *Id.*

The following disclaimer statement is added to the record:

No claim is made to the exclusive right to use "BARBEQUE" apart from the mark as shown.

*See* 15 U.S.C. §1056(a); TMEP §§1213, 1213.03(c), 1213.08(a)(i).

/Valeriya Painter/
Examining Attorney
Law Office 121
(571) 270-7132
valeriya.painter@uspto.gov

| | |
|---|---|
| **To:** | Timothy M. Hutchins (angela@trademarkdoctor.net) |
| **Subject:** | U.S. Trademark Application Serial No. 88759282 - HUTCHINS BARBEQUE - HUT-001 |
| **Sent:** | April 07, 2020 12:15:49 PM |
| **Sent As:** | ecom121@uspto.gov |
| **Attachments:** | |

## United States Patent and Trademark Office (USPTO)

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on **April 07, 2020** for
**U.S. Trademark Application Serial No. 88759282**

Your trademark application has been reviewed by a trademark examining attorney.  As part of that review, the assigned attorney has issued an official letter.  Please follow the steps below.

**(1)  Read the official letter.**  No response is necessary.

**(2)  Direct questions** about the contents of the Office action to the assigned attorney below.

/Valeriya Painter/
Examining Attorney
Law Office 121
(571) 270-7132
valeriya.painter@uspto.gov


Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).


## GENERAL GUIDANCE

·  **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

·  **Update your correspondence email address**, if needed, to ensure you receive important USPTO notices about your application.

·  **Beware of misleading notices sent by private companies about your application.**  Private companies not associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices – most of which require fees.  All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**

# NOTE TO THE FILE

SERIAL NUMBER:    88759282

DATE:    04/07/2020

NAME:    vsherman

NOTE:

**Searched:**
X  Google
___  Lexis/Nexis
___  OneLook
___  Wikipedia
___  Acronym Finder          ___  Protest evidence reviewed
___  Other:

**Checked:**
___  Geographic significance
___  Surname
___  Translation
___  ID with ID/CLASS mailbox

__ Checked list of approved Canadian attorneys and agents

**Discussed file with**
**Attorney/Applicant via:**
   X  phone                         ___  Left message with
   ___  email                              Attorney/Applicant

___  Requested Law Library search      X  Issued Examiner's Amendment
     for:                                   and entered changes in TRADEUPS

   ___  **PRINT**  ___  **DO NOT PRINT**   ___  Added design code in TRADEUPS
___  Description of the mark
___  Translation statement            ___  Re-imaged standard character
                                           drawing
___  Negative translation statement
___  Consent of living individual      ___  Contacted TM MADRID ID/CLASS
                                           about misclassified definite ID
___  Changed TRADEUPS to:

___  OTHER:

# NOTE TO THE FILE

SERIAL NUMBER:    88759282

DATE:                       03/31/2020

NAME:                      vsherman

## NOTE:

**Searched:**
_X_  Google
___ Lexis/Nexis
___ OneLook
___ Wikipedia
___ Acronym Finder                        ___ Protest evidence reviewed
___ Other: https://res.cloudinary.com/govimg/image/upload/v1558640752/5cc879a1685d330f137b8ec5/handout-outline-dark.pdf

**Checked:**
___ Geographic significance
___ Surname
___ Translation
___ ID with ID/CLASS mailbox

__ Checked list of approved Canadian attorneys and agents

**Discussed file with**
**Attorney/Applicant via:**
   ___ phone                          ___ Left message with
   ___ email                               Attorney/Applicant

___ Requested Law Library search      ___ Issued Examiner's Amendment
    for:                                            and entered changes in TRADEUPS

   ___ **PRINT** ___ **DO NOT PRINT**    ___ Added design code in TRADEUPS
___ Description of the mark
___ Translation statement             ___ Re-imaged standard character
                                                     drawing
___ Negative translation statement
___ Consent of living individual       ___ Contacted TM MADRID ID/CLASS
                                                    about misclassified definite ID
___ Changed TRADEUPS to:

___ OTHER:

*** User:vsherman ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 145 | 0 | 145 | 138 | 0:02 | *h{v}$1ch{"iye"1:2}n*[bi,ti] not dead[ld] |
| 02 | 1927 | N/A | 0 | 0 | 0:01 | (*bbq* *barb{v:2}{"ckq"}*)[bi,ti] not dead[ld] |
| 03 | 72557 | N/A | 0 | 0 | 0:02 | *est*[bi,ti] not dead[ld] |
| 04 | 154 | N/A | 0 | 0 | 0:02 | ("78" "1978")[bi,ti] not dead[ld] |
| 05 | 11289 | N/A | 0 | 0 | 0:01 | *mad*[bi,ti] not dead[ld][bi,ti] not dead[ld] |
| 06 | 3581 | N/A | 0 | 0 | 0:01 | (tx *te{"ckqx"1:2}a{"sz"}*)[bi,ti] not dead[ld] |
| 07 | 684 | N/A | 0 | 0 | 0:02 | 011712[dc] not dead[ld] |
| 08 | 4307 | N/A | 0 | 0 | 0:02 | 260301[DC] not dead[ld] |
| 09 | 333 | 0 | 32 | 333 | 0:01 | 7 and (8 1 2 3 4 5 6) |
| 10 | 6 | 0 | 6 | 6 | 0:01 | 1 and (2 3 4 5 6) |
| 11 | 166 | 0 | 166 | 163 | 0:01 | 2 and (3 4 5 6) |
| 12 | 698 | N/A | 0 | 0 | 0:01 | 3 and (4 5 6) |
| 13 | 356 | 0 | 356 | 351 | 0:02 | 12 and "043"[cc] |
| 14 | 6 | 0 | 6 | 6 | 0:01 | 4 and (5 6) |
| 15 | 35 | 0 | 35 | 34 | 0:01 | 5 and 6 |
| 16 | 42 | 0 | 42 | 37 | 0:02 | *hutchins*[bi,ti] not dead[ld] |
| 17 | 0 | 0 | 0 | 0 | 0:02 | "Timothy M. Hutchins"[ow] |
| 18 | 0 | 0 | 0 | 0 | 0:01 | "Timothy Hutchins"[ow] |
| 19 | 0 | 0 | 0 | 0 | 0:01 | "Timothy Hutchins"[on] |

Session started 3/31/2020 1:24:13 PM
Session finished 3/31/2020 1:46:46 PM
Total search duration 0 minutes 27 seconds
Session duration 22 minutes 33 seconds
Defaut NEAR limit=1ADJ limit=1


Sent to TICRS as Serial Number: 88759282

# HUTCHINS BARBEQUE



# ALL YOU CAN EAT

*EXCLUDES BEEF RIBS, BURNT ENDS & TX TWINKIES*

**NO TOGO BOXES; NO SHARING**

## $25

# SPECIALTIES

## BEEF RIBS *SAT. ONLY*          $22/LB.

**A LARGER THAN LIFE BEEF RIB;
SEASONED AND SMOKED TO PERFECTION**
*RIBS WEIGH ANYWHERE FROM 1-2LBS.*

## TEXAS TWINKIES *FRI.SAT.SUN*    $4

**A LARGE JALAPEÑO STUFFED WITH
BRISKET & CREAM CHEESE; WRAPPED IN
PREMIUM THICK CUT BACON**

# PACKS TO GO

*BREAD & SAUCE INCLUDED CONDIMENTS UPON REQUEST*

## FAMILY PACK                    $55

**CHOOSE UP TO 4 MEATS; 2 LBS.
INCLUDES 3 SIDES (PINTS)**

## PARTY PACK                     $80

**CHOOSE UP TO 6 MEATS; 3 LBS.
INCLUDES 3 SIDES (QUARTS)**

## LUNCH PACK                     $27

**1 LB OF CHOPPED BEEF IN SAUCE
INCLUDES 2 SIDES (PINTS)
INCLUDES 4 BUNS**

# SANDWICHES

## DAILY SPECIAL                  $11

**A CHOPPED BRISKET SANDWICH IN SAUCE
& 2 SIDE WITH A MED. DRINK**

## 1 MEAT SANDWICH               $8

**CHOOSE 1 MEAT; SANDWICH**
★ **ADD 2 SIDES**              + $5

## 2 MEAT SANDWICH              $10

**CHOOSE 2 MEATS; SANDWICH**
★ **ADD 2 SIDES**              + $5

# SMOKED MEATS

*PRICES PER 1/2 POUND*

| | |
|---|---|
| **SLICED BRISKET** | $11 |
| **CHOPPED BRISKET** OFF THE BLOCK | $11 |
| **CHOPPED BRISKET** IN SAUCE | $9.50 |
| **RIBS** | $7.50 |
| **ORIGINAL SAUSAGE** | $8.50 |
| **JALAPEÑO CHEDDAR SAUSAGE** | $8.50 |
| **HOT LINKS** | $8.50 |
| **PULLED PORK** | $8.50 |
| **TURKEY** | $8.50 |
| **CHICKEN** HALF CHICKEN | $8 |
| **FRIED CATFISH** | $11.5 |

# DELICIOUS SIDES

**SERVING $2.50 | PINT $6 | QUART $10 | GALLON $40**

| | |
|---|---|
| BRISKET PINTO BEANS | FRENCH FRIES |
| JALAPEÑO PINTO BEANS | FRIED OKRA |
| MASHED POTATOES | POTATO SALAD |
| GREEN BEANS | COLESLAW |
| MAC & CHEESE | BROCCOLI SALAD |

| | |
|---|---|
| BAKED POTATO | $5 |
| ★ STUFFED W/ MEAT | $10 |

# FRIED CATFISH

## REGULAR CATCH                  $14

**MEDIUM ORDER OF FRIED CATFISH
& 2 SIDES**

## BIG CATCH                      $16

**LARGE ORDER OF FRIED CATFISH
& 2 SIDES**

# DESERTS

*COMPLIMENTARY FOR DINE-IN*

**SERVING $2.50 | PINT $6 | QUART $12 | GALLON $45**

★ **PEACH COBBLER**     ★ **BANANA PUDDING**

# DRINKS

*MEDIUM $2.50 | LARGE $3 | BOTTLED $2.50*





## Catering

No matter how you cut it, chop it, or slice it...
Big or small, we have custom catering packages
made special for you.

ORDER A LOCATION

CATERING »        DOWNLOAD MENU

ORDER TODAY

## Catering



Delivery requires a minimum of 20 Guests and is
$15.50 per guest. Full catering requires a minimum
of 75 Guests. All a La carte orders requires a
minimum delivery of $300. Hutchins BBQ delivery
and full catering orders include condiments, sliced
bread, paper goods and serving utensil.

All catering orders must be confirmed & paid in full
48 hours
prior to job. 48 hours notice required for changes
and
additional delivery fees may apply.

MEATS & SIDES

## Delivery & Full Catering

### Choice of 3 Meats

Prime Brisket
Chopped Brisket in Sauce
Sausage
Turkey (White)
Chicken (Dark)
Pulled Pork

### Choice of 2 Sides

Brisket Pinto Beans
Jalapeño Pinto Beans
Green Beans
Potato Salad
Coleslaw
Broccoli Salad
Potato Casserole
Mac & Cheese

MEAT BY THE POUND

## A La Carte

### Prime Brisket
$23 PER POUND

### Chopped Brisket in Sauce
$19 PER POUND

### Pulled Pork
$19 PER POUND

### Sausage
Original or Jalapeño Cheddar
$19 PER POUND

### Turkey
$19 PER POUND

### Chicken
Half
$8.50 PER HALF POUND

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 88759282**
**Filing Date: 01/14/2020**

*NOTE: Data fields with the* **\*** *are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *****MARK** | HUTCHINS BARBEQUE |
| *****STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | HUTCHINS BARBEQUE |
| *****MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *****OWNER OF MARK** | Timothy M. Hutchins |
| *****STREET** | 1301 N. Tennessee Street |
| *****CITY** | McKinney |
| *****STATE (Required for U.S. applicants)** | Texas |
| *****COUNTRY** | United States |
| *****ZIP/POSTAL CODE (Required for U.S. and certain international addresses)** | 75069 |
| **WEBSITE ADDRESS** | https://hutchinsbbq.com |
| **LEGAL ENTITY INFORMATION** | |
| *****TYPE** | INDIVIDUAL |
| ***** COUNTRY OF CITIZENSHIP** | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *****INTERNATIONAL CLASS** | 043 |

| | |
|---|---|
| **\*IDENTIFICATION** | Catering of food and drinks; Catering services; Restaurant and bar services; Restaurant and bar services, including restaurant carryout services; Restaurant services; Restaurant services featuring **roasted meats, barbequed meats, and smoked meats**; Restaurant services, including sit-down service of food and take-out restaurant services; Restaurant, bar and catering services; Food and drink catering; Restaurant and catering services |
| **\*FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/1991 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/1991 |
| **SPECIMEN FILE NAME(S)** | |
| **JPG FILE(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\887\592\88759282\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\887\592\88759282\xml1\FTK0005.JPG |
| **ORIGINAL PDF FILE** | SPE0-26012848380135055fe4643ec02991-20200114234130513274_._Specimen_Menu_Restaurant_Services.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT17\IMAGEOUT17\887\592\88759282\xml1\FTK0004.JPG |
| **SPECIMEN DESCRIPTION** | A screenshot of a webpage offering the catering services in conjunction with the trademark; a photograph showing the mark displayed in conjunction with the offer of restaurant services; an image of a menu showing use of the mark in conjunction with the restaurant and catering services |
| **ADDITIONAL STATEMENTS SECTION** | |
| **\*TRANSLATION (if applicable)** | |
| **\* TRANSLITERATION (if applicable)** | |
| **\*CLAIMED PRIOR REGISTRATION (if applicable)** | |
| **\*CONSENT (NAME/LIKENESS) (if applicable)** | |
| **\*CONCURRENT USE CLAIM (if applicable)** | |
| **SECTION 2(f) Claim of Acquired Distinctiveness, based on Five or More Years' Use** | The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement. |
| **ATTORNEY INFORMATION** | |
| **NAME** | Angela V. Langlotz |
| **ATTORNEY DOCKET NUMBER** | HUT-001 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Angela V. Langlotz, PC |

| STREET | 848 N Rainbow Blvd, #3721 |
|---|---|
| CITY | Las Vegas |
| STATE | Nevada |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 89107 |
| PHONE | 775-375-5123 |
| EMAIL ADDRESS | angela@trademarkdoctor.net |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| *NAME | Angela V. Langlotz |
|---|---|
| FIRM NAME | Angela V. Langlotz, PC |
| *STREET | 848 N Rainbow Blvd, #3721 |
| *CITY | Las Vegas |
| *STATE (Required for U.S. addresses) | Nevada |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 89107 |
| PHONE | 775-375-5123 |
| *EMAIL ADDRESS | angela@trademarkdoctor.net; angela@alanglotz.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS Plus |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |

## SIGNATURE INFORMATION

| * SIGNATURE | /angela v langlotz/ |
|---|---|
| * SIGNATORY'S NAME | Angela V. Langlotz |
| * SIGNATORY'S POSITION | Attorney for Applicant |
| SIGNATORY'S PHONE NUMBER | 775-375-5123 |
| * DATE SIGNED | 01/14/2020 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 88759282**
**Filing Date: 01/14/2020**

## To the Commissioner for Trademarks:

**MARK:** HUTCHINS BARBEQUE (Standard Characters, see mark)
The literal element of the mark consists of HUTCHINS BARBEQUE. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Timothy M. Hutchins, a citizen of United States, having an address of

   1301 N. Tennessee Street
   McKinney, Texas 75069
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 043:  Catering of food and drinks; Catering services; Restaurant and bar services; Restaurant and bar services, including restaurant carryout services; Restaurant services; Restaurant services featuring roasted meats, barbequed meats, and smoked meats; Restaurant services, including sit-down service of food and take-out restaurant services; Restaurant, bar and catering services; Food and drink catering; Restaurant and catering services

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 043, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 00/00/1991, and first used in commerce at least as early as 00/00/1991, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) A screenshot of a webpage offering the catering services in conjunction with the trademark; a photograph showing the mark displayed in conjunction with the offer of restaurant services; an image of a menu showing use of the mark in conjunction with the restaurant and catering services.
**JPG file(s):**
Specimen File1
Specimen File2
**Original PDF file:**
SPE0-26012848380135055fe4643ec02991-20200114234130513274_._Specimen_Menu_Restaurant_Services.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

**SECTION 2(f) Claim of Acquired Distinctiveness, based on Five or More Years' Use**
The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement.

For informational purposes only, applicant's website address is: https://hutchinsbbq.com
The applicant hereby appoints Angela V. Langlotz. Angela V. Langlotz of Angela V. Langlotz, PC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

   848 N Rainbow Blvd, #3721
   Las Vegas, Nevada 89107
   United States

775-375-5123(phone)
angela@trademarkdoctor.net (authorized).
The attorney docket/reference number is HUT-001.
Angela V. Langlotz submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Angela V. Langlotz

Angela V. Langlotz, PC

848 N Rainbow Blvd, #3721

Las Vegas, Nevada 89107

775-375-5123(phone)

angela@trademarkdoctor.net; angela@alanglotz.com (authorized).

**Email Authorization:** I authorize the USPTO to send email correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the email address provided in this application. I understand that a valid email address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**AND/OR**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /angela v langlotz/   Date: 01/14/2020
Signatory's Name: Angela V. Langlotz
Signatory's Position: Attorney for Applicant
Signatory's Phone Number: 775-375-5123
Payment Sale Number: 88759282
Payment Accounting Date: 01/14/2020

Serial Number: 88759282
Internet Transmission Date: Tue Jan 14 23:56:32 EST 2020
TEAS Stamp: USPTO/FTK-XXXX:XXX:XXXX:XXXX:XXXX:XXXX:X
XXX:XXX-20200114235632989695-88759282-70
063d59b2cdcb20dac9e76079c7cbb78c8ddbfa24
6096c2b48efdece5465c79f-CC-56319836-2020
0114234130513274

# HUTCHINS BARBEQUE



# ALL YOU CAN EAT

*EXCLUDES BEEF RIBS, BURNT ENDS & TX TWINKIES*

**NO TOGO BOXES; NO SHARING**

## $25

# SPECIALTIES

## BEEF RIBS *SAT. ONLY*     $22/LB.

**A LARGER THAN LIFE BEEF RIB; SEASONED AND SMOKED TO PERFECTION**
*RIBS WEIGH ANYWHERE FROM 1-2LBS.*

## TEXAS TWINKIES *FRI.SAT.SUN*   $4

**A LARGE JALAPEÑO STUFFED WITH BRISKET & CREAM CHEESE; WRAPPED IN PREMIUM THICK CUT BACON**

# PACKS TO GO

*BREAD & SAUCE INCLUDED CONDIMENTS UPON REQUEST*

## FAMILY PACK     $55

**CHOOSE UP TO 4 MEATS; 2 LBS.
INCLUDES 3 SIDES (PINTS)**

## PARTY PACK     $80

**CHOOSE UP TO 6 MEATS; 3 LBS.
INCLUDES 3 SIDES (QUARTS)**

## LUNCH PACK     $27

**1 LB OF CHOPPED BEEF IN SAUCE
INCLUDES 2 SIDES (PINTS)
INCLUDES 4 BUNS**

# SANDWICHES

## DAILY SPECIAL     $11

**A CHOPPED BRISKET SANDWICH IN SAUCE
& 2 SIDE WITH A MED. DRINK**

## 1 MEAT SANDWICH     $8

**CHOOSE 1 MEAT; SANDWICH**

★ **ADD 2 SIDES**     + $5

## 2 MEAT SANDWICH     $10

**CHOOSE 2 MEATS; SANDWICH**

★ **ADD 2 SIDES**     + $5

# SMOKED MEATS

*PRICES PER 1/2 POUND*

| | |
|---|---|
| **SLICED BRISKET** | $11 |
| **CHOPPED BRISKET** OFF THE BLOCK | $11 |
| **CHOPPED BRISKET** IN SAUCE | $9.50 |
| **RIBS** | $7.50 |
| **ORIGINAL SAUSAGE** | $8.50 |
| **JALAPEÑO CHEDDAR SAUSAGE** | $8.50 |
| **HOT LINKS** | $8.50 |
| **PULLED PORK** | $8.50 |
| **TURKEY** | $8.50 |
| **CHICKEN** HALF CHICKEN | $8 |
| **FRIED CATFISH** | $11.5 |

# DELICIOUS SIDES

**SERVING $2.50 | PINT $6 | QUART $10 | GALLON $40**

| | |
|---|---|
| BRISKET PINTO BEANS | FRENCH FRIES |
| JALAPEÑO PINTO BEANS | FRIED OKRA |
| MASHED POTATOES | POTATO SALAD |
| GREEN BEANS | COLESLAW |
| MAC & CHEESE | BROCCOLI SALAD |

**BAKED POTATO**     $5
★ **STUFFED W/ MEAT**     $10

# FRIED CATFISH

## REGULAR CATCH     $14

**MEDIUM ORDER OF FRIED CATFISH
& 2 SIDES**

## BIG CATCH     $16

**LARGE ORDER OF FRIED CATFISH
& 2 SIDES**

# DESERTS

*COMPLIMENTARY FOR DINE-IN*

**SERVING $2.50 | PINT $6 | QUART $12 | GALLON $45**

★ **PEACH COBBLER**     ★ **BANANA PUDDING**

# DRINKS

**MEDIUM $2.50 | LARGE $3 | BOTTLED $2.50**





# Catering

No matter how you cut it, chop it, or slice it...
Big or small, we have custom catering packages
made special for you.

ORDER & LOCATION

CATERING »          DOWNLOAD MENU

ORDER TODAY

## Catering



Delivery requires a minimum of 20 Guests and is $15.50 per guest. Full catering requires a minimum of 75 Guests. All a La carte orders requires a minimum delivery of $300. Hutchins BBQ delivery and full catering orders include condiments, sliced bread, paper goods and serving utensil.

All catering orders must be confirmed & paid in full 48 hours
prior to job. 48 hours notice required for changes and
additional delivery fees may apply.

MEATS & SIDES

## Delivery & Full Catering

### Choice of 3 Meats
Prime Brisket
Chopped Brisket in Sauce
Sausage
Turkey (White)
Chicken (Dark)
Pulled Pork

### Choice of 2 Sides
Brisket Pinto Beans
Jalapeño Pinto Beans
Green Beans
Potato Salad
Coleslaw
Broccoli Salad
Potato Casserole
Mac & Cheese

MEAT BY THE POUND

## A La Carte

### Prime Brisket
$23 PER POUND

### Chopped Brisket in Sauce
$19 PER POUND

### Pulled Pork
$19 PER POUND

### Sausage
Original or Jalapeño Cheddar
$19 PER POUND

### Turkey
$19 PER POUND

### Chicken
Half
$8.50 PER HALF POUND