# United States of America
## United States Patent and Trademark Office

HUTCHINS BARBEQUE

**Reg. No. 6,123,705**  
**Registered Aug. 11, 2020**  
**Int. Cl.: 43**  
**Service Mark**  
**Principal Register**

Timothy M. Hutchins (UNITED STATES INDIVIDUAL)
1301 N. Tennessee Street
Mckinney, TEXAS 75069

CLASS 43: Catering of food and drinks; Catering services; Restaurant and bar services; Restaurant and bar services, including restaurant carryout services; Restaurant services; Restaurant services featuring roasted meats, barbequed meats, and smoked meats; Restaurant services, including sit-down service of food and take-out restaurant services; Restaurant, bar and catering services; Food and drink catering; Restaurant and catering services

FIRST USE 00-00-1991; IN COMMERCE 00-00-1991

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BARBEQUE"

SEC.2(F)

SER. NO. 88-759,282, FILED 01-14-2020



Director of the United States
Patent and Trademark Office

