On 8-4-2022 - I was talking to Wesily Hutchins on the cell phone about some product that he ate in the store in Frisco that he said was so good. He let me know that Him and his Dad was on to something Big. and that they could possibly pay me 40% more if I wanted to Join the winning team. They had a lot of Big Hitters backing them. They already have a spot in Southlake and orlando, Fl Picked out.

He sent a text of their new logo the origanal Hutchins BBQ.

Vayne White

469-685-4251

Roy Hutchins came by the store to bring
Tracy Hutchins a card, I walked outside
with him and he started telling me that
we are running the business in the ground
for using open praire briskets, He told
me that ~~the~~ his older son Wesley Hutchins
is getting bad feed back all over town
From everyone that Hutchins has completely
went down Hill, He told me that I work for
two drug ~~addi~~ addict drunks, He told
me that they were Finished that they
will not be around much longer,
That there is a bigger monster coming
after them Wesley Hutchins, That they
don't stand a chance, He had me worried
about my Future with ~~this~~ this company