



FIRE

:SHER

JANITOR

:OMEN

:MEN

HUTCHINS BBQ

300 GH 114 • TROPHY CLUB, TX 76262

G PLAN