Wesley

3:26 PM



3:31 PM

Is the original I like that

3:32 PM

It's going to be huge deal !! We have a powerful group behind us !!!

3:32 PM

Yeah wait when you see the architect on the stores