

# Texas Department of Licensing and Regulation
## Architectural Barriers Project Details Page

**Project #:** TABS2023007077                                          **Registration Date:** 12/8/2022

https://www.tdlr.texas.gov/TABS/Projects/TABS2023007077

## PROJECT

| | |
|---:|---|
| **Project Name:** | Hutchins BBQ |
| **Project Number:** | TABS2023007077 |
| **Facility Name:** | Hutchins BBQ |
| **Location Address:** | 3000 SH 114 |
| | Trophy Club, TX 76262 |
| **Location County:** | Denton |
| **Start Date:** | 1/16/2023 |
| **Completion Date:** | 5/22/2023 |
| **Estimated Cost:** | $175,000 |
| **Type of Work:** | Renovation/Alteration |
| **Type of Funds:** | This project is privately funded, on private land for private use. |
| **Scope of Work:** | Interior finish-out of existing two-story restaurant building. Existing new mechanical, electrical, and plumbing equipment. |
| **Square Footage:** | 10,800 ft $^2$ |
| **Are the private funds provided by the tenant?** | Yes |
| **Current Status:** | Project Registered |

## PERSON FILING FORM

| | |
|---:|---|
| **Contact Name:** | Robert Romano |

## RAS

| | |
|---:|---|
| **RAS Name:** | VIRGINIA E,COOKE |
| **RAS #:** | 1317 |
| **RAS Address:** | 4660 PLAINVIEW RD |
| | MIDLOTHIAN, TX 76065 |
| **RAS Phone:** | (214) 207-6007 |

## OWNER

| | |
|---:|---|
| **Owner Name:** | Steve Wood |
| **Owner Address:** | 1404 W. Pioneer dr. |
| | Irving, Texas 75061 |
| **Owner Phone:** | (214) 289-7958 |
| **Contact Name:** | |

## TENANT

Not Assigned

## DESIGN FIRM

| | |
|---:|---|
| **Design Firm Name:** | Robert Romano |
| **Design Firm Address:** | 800 exposition avenue apt 1 |
| | Dallas, Texas 75226 |
| **Design Firm Phone:** | (214) 821-8242 |

Registered accessibility specialists (RAS) set and collect the fees for their services. Contact the RAS directly if you have questions about their performing plan review or inspection services.

In accordance with 16 TEX. ADMIN. CODE §68.52, the owner of a building or facility must obtain an inspection from a RAS no later than the first anniversary of the completion of construction. A request for inspection must be made by submitting a written request for inspection to the RAS no later than 30 calendar days after the completion of construction.