

🍴 **RESTAURANTS**

## Hutchins BBQ Adding Trophy Club Spot

You can get a variety of smoked meats, sides, and more at this restaurant.

POST BY: AMBER D. BROWNE    DECEMBER 9, 2022    NO COMMENTS



Photo: Official

Listen To This Post

▶  0:00 / 0:00  🔊  ⋮

| Facebook | Twitter | Pinterest | LinkedIn |

It appears that **Hutchins BBQ** will open a location in **Trophy Club**. According to a recent project filing, the new restaurant will be located at 3000 SH 114 and could open sometime in late spring or early summer of 2023.


WHAT NOW
DALLAS

**Sign up now to get our Daily Breaking News Alerts**

Submit

Opt out at anytime

The nearly 11,000-square-foot space of the two-story building must undergo some renovations before it can open to the public, according to the filing.

**Hutchins BBQ** has two locations in operation—one in **Frisco** and one in **McKinney**. The menu features a variety of smoked meats and sides such as broccoli salad, potato casserole, coleslaw, and jalapeno pinto beans. Specialties include beef ribs, fried catfish, and Texas Twinkies—a large jalapeno stuffed with brisket and cream cheese, and it's then wrapped in thick-cut bacon.

Catering is an option, and you can also have items shipped to you. Orders can be placed online, and USDA Prime Brisket, sausage, barbecue sauce, seasoning, and more can be shipped to your doorstep.

