

# Hutchins BBQ

1887 reviews

Claimed • $$ • Barbeque, Desserts Edit

Open 11:00 AM - 9:00 PM Hours updated 1 month ago See hours

See all 1607 photos

Write a review | Add photo | Share | Save

## Menu

### Popular dishes

View full menu

**Brisket**
273 Photos • 963 Reviews

**Jalapeno Cheddar Sa...**
51 Photos • 78 Reviews

**Pulled Pork**
44 Photos • 120 Reviews

**Broccoli Salad**
28 Photos • 77 Re

Website menu | Full menu

## Location & Hours

9225 Preston Rd
Frisco, TX 75033

Get directions

| | | |
|---|---|---|
| Mon | 11:00 AM - 9:00 PM | |
| Tue | 11:00 AM - 9:00 PM | |
| Wed | 11:00 AM - 9:00 PM | |
| Thu | 11:00 AM - 9:00 PM | Open now |
| Fri | 11:00 AM - 9:00 PM | |
| Sat | 11:00 AM - 9:00 PM | |
| Sun | 11:00 AM - 9:00 PM | |

Edit business info

## You Might Also Consider

Sponsored

**Sweet Hut Bakery & Cafe**
408
**Daisy E. said** "I RARELY ever write reviews, but this place blew away my expectations! So many options from pastries to drinks, my husband and I didn't even know what to choose. Our cashier really made our experience memorable today. She was a..." read more
in Desserts

**City Works - Frisco**
454
3.4 miles away from Hutchins BBQ

**Lara L.** said "I can't say enough about this place! I was really disappointed to see the low star reviews about service. I went on a Friday around 1:30 ish so maybe they weren't busy enough for the service to be not so good? Anyways, I ordered a..." *read more*
in American (new), Sports Bars

---

## Amenities and More

| | |
|---|---|
| 📅 Takes Reservations | 🍱 Offers Delivery |
| 🛒 Offers Takeout | ✓ Accepts Credit Cards |

[ 21 More Attributes ]

---

## About the Business

**Kelvin M.**
Manager

We specialize in catering large events to small. Delivery as well as nationwide shipping.

[ Read more ]

---

## Ask the Community                                                                 Ask a question ↗

**Q:** Are your beef or poultry options Halal, by any chance? Trying to organize a group lunch, but want to make sure everyone has an option open to them.

**A:** I don't believe so - they also prepare/serve pork sausage and ribs on the same surfaces as the rest of the meats
Marcela T.   2 months ago

[ See question details ]

**Q:** Is this place BYOB?

**A:** Yes, you can BYOB!
Kim R.   6 months ago  •  1 person found this helpful

[ See 2 more answers ]

[ See all 16 questions ]

---

## Recommended Reviews

ⓘ **Your trust is our top concern,** so businesses can't pay to alter or remove their reviews. *Learn more.*                                                                              ✕

**Username**
Location
📷 0    📝 0

☆☆☆☆☆
**Start your review of Hutchins BBQ.**

**Overall rating**

⭐⭐⭐⭐½
1887 reviews

| | |
|---|---|
| 5 stars | ████████████████████ |
| 4 stars | ██████ |
| 3 stars | ██ |
| 2 stars | █ |
| 1 star  | ██ |

| Yelp Sort ▾ | English (1883) ▾ | Filter by rating ▾ |   Search reviews 🔍 |

**https://hutchinsbbq.com** ↗

**(972) 377-2046** 📞



**Lisa B.** Elite 2022
Trophy Club, TX

49  98  213

★★★★★  12/11/2022

7 photos

I read earlier this week that Hutchins BBQ was opening a site in Trophy Club. I had heard of them but couldn't remember if I had heard good things or bad things so I checked Yelp. I found great reviews there so we decided to take a 40 minute drive out to Frisco to give it a try. It was the best decision of my day!

I had read that the line began forming prior to their 11am opening so we arrived about 20 minutes early and sat in the car to watch. One person was already standing on the sidewalk. Over the next 10 minutes, about 8-10 vehicles had parked and when I saw people joining the line decided to follow suit. A very nice man let those of us in line into the entryway so we were out if the cold, but locked the doors behind us and nobody else was allowed until 11!  Go before they open!!  Right at 11, he came back and told us they were now open and that we could proceed. The set up is cafeteria style. They cut the meat at the first station then you move through the rest of the line and serve yourself.

First stop, meat. Turkey at a BBQ place is one of the barometers I use when trying a new place, so that is the path I took. A quarter pound of Turkey was 2 slices. Rich ordered 1/4 lb sliced brisket and a beef rib because I really really wanted to try one. That sucker was HUGE!

Second stop was BBQ sauce. Ladle it into the little cup and move on. Easy enough.

Sides are at the 3rd stop. There was a friendly guy there that asked if it was our 1st time. When we said yes, he ran through his spiel. Sides go in cardboard boats, all are the same price and we could mix and match. To make sure I understood correctly, I asked if he meant we could put multiple sides in one boat and he said yes. That was music to my ears!!  I have an awful time with decisions and this let me try everything I wanted to taste!  Mac & cheese and potato casserole in the first boat and fried okra and coleslaw in the second. Don't worry - the coleslaw didn't make the okra soggy!  Rich went with green beans, mac & cheese and fries.

Needless to say, our trays were really full!!  We found a table and as soon as we sat down, another friendly guy came up and introduced himself, saying that he and a young woman would be out servers and to let them know if we needed anything. Nice touch!!

Meats and sauce 5/5 - everything was moist and didn't even need the sauce. I tried it anyway. I was uncertain about the sauce because it was super thin, but, boy!  That flavor was great!  I think my favorite was the brisket, and I'm not a huge brisket eater.  I have never had brisket that tender!  Even when it is cooked to the point that you can cut it with a fork, it doesn't melt in your mouth the way this one did. Amazing!

Sides 5/5 - the mac and cheese had a great amount of cheesiness. The potato casserole was probably my favorite - it was so smooth!  Green beans were perfect - the way green beans should be when served with BBQ. The coleslaw was a bit on the sweet side but that's the way I like it so I was once again happy. Okra was fried and just a bit crisp - not over-fried a bit. Fries were good. They were definitely hand cut with skins on, but nothing too special there. Would I get them again?  Yes!

Dessert 5/5 - after your meal there is FREE dessert, and not just ice cream!  Don't get me wrong - I'm not knocking the ice cream!  It tasted like real soft serve, where at other places it doesn't have such a creamy texture and smooth vanilla flavor. You can also choose banana pudding and peach cobbler. You can choose all 3 if you want!  The banana pudding was fantastic!!  Nilla wafers that still had a bit of a crunch and medium-thick banana slices throughout the pudding. The creamy pudding was NOT overloaded with whipped cream substitute that you might find elsewhere.  THE peach cobbler, while tasty, was probably my least favorite item. The cobbler part was a bit bready for me, but it was warm and I bet a bit of ice cream would help it out!

You do not have to bus your own table. The servers take care of that and will bring you a to-go container if you need one. I needed one for sure!

I set out with the intent of writing a brief review then end up wanting to share the experience over only the food, thus, the novel I create in each review!  Thank you to anyone that made it this far and for whom my reviews are helpful.

Anyway, I hope the rumor that Hutchins BBQ is opening a site in Trophy Club so that we can work it into one of our regular haunts!  If the rumor is not true, I still see us making that 40 minute drive out to Frisco fairly regularly!!

   

See all photos from Lisa B. for Hutchins BBQ

 Useful 2     Funny     Cool 1

**Rakesh B.**
Plano, TX

0  1

### HUTCHINS BBQ - 552 Photos & 1867 Reviews - 9225 Preston Rd - Frisco, TX - Menu - Yelp

**Get Directions**
9225 Preston Rd Frisco, TX 75033

**You Might Also Consider**
Sponsored 

 **Cafe de France**
★★★★ 329

"This is an update to the review I gave in 2008. I'll never write another positive..."  read more

 **Randy's Steakhouse**
★★★½ 378
1.1 miles

"I felt compelled to leave this review because I almost didn't eat there as Yelp was..."  read more


⭐⭐⭐⭐⭐ 12/3/2022

Loves their baked potato stuffed with meat
Got the turkey and the sides. Will definitely repeat.

Useful | Funny | Cool

**Anngela D.**
Colorado Springs, CO
0 | 1

⭐⭐⭐⭐⭐ 11/6/2022

Everything was absolutely fantastic. The line was was very long, if you're willing to wait it is worth it.

Useful 1 | Funny | Cool

**Nina Z.**
Plano, TX
198 | 29 | 98

⭐⭐⭐⭐⭐ 12/17/2022 · Updated review
2 photos · 1 check-in

THIS Place is Always On-Point and Always So Yummy!!! It's my Ultimate #1 FAVORITE Barbeque Joint!  You can't go wrong with anything you eat here. I had a sample of the BEEF RIB and it was to Die For!  They only sell it by the Rib, and I can't eat that much, but if I could.... I would've ordered that too.  We always get a 1/2 Lb of their Moist Beef Brisket and 1/2 a chicken with 2 sides and we are stuffed when we leave.

Don't forget.... they have FREE desert afterwards! Peach cobbler, banana pudding and soft serve ice cream with cones.

Macaroni & Cheese (The BEST in Texas!!!), G...  |  1/2 Lb of Moist Brisket and 1/2 Chicken

Useful | Funny | Cool

⭐⭐⭐⭐⭐ 7/26/2020 · Previous review

Great Barbecue!  I love their BRISKET, it is unlike none other and one of the BEST I've ever had.  You don't know BBQ....If you haven't been to Hutchins yet.  The Broccoli salad and Coleslaw and very…
Read more

**Tiffany N.** Elite 2022
Plano, TX
293 | 156 | 152

⭐⭐⭐⭐☆ 12/18/2022

Can't go wrong here!! We usually come in a bigger group or to-go our food and get the "party pack" it's worth it - so much food and the sides are generous! Plus, if you eat there it comes with free desserts, banana pudding FTW!

Go to meat: brisket (moist) & original sausage
Go to sides: broccoli slaw, potato casserole, Mac & Cheese

Useful 1 | Funny | Cool

**Guy H.** Elite 2022
Dallas, TX
5000 | 1526 | 16342

⭐⭐⭐⭐⭐ 12/1/2022 · Updated review
14 photos

A feeder trail leading to the main Chisholm trail passed through here. The beef, the cowboys were driving, was too valuable to slaughter,as food, so they were fed beans!

Jump ahead almost 150 years and the spirits of these long gone cowboys echo through one of the best brisket smokers in the land. Any one of those cow hands then would have felt like they'd died and gone to heaven if they'd tasted it.

That's the way I felt when I bit into my to- go order of a chopped beef brisket sandwich ( sauce on the side). Ethereal!

You do not have to spend a fortune on BBQ to be satisfied. Personally all the sides and 3 meat plates etc are excessive. But that's just me. If you want a huge feast by all means I encourage you. This is the place in these parts.

For me,I'll just kick back with my ethereal Sammie,pouring a small amount of sauce on each bite! Yes,they've nailed the sauce. Now the brisket doesn't need it but,wow,hard to resist.

I always grab the fresh hand cut fries too. Excellent. I tried the ( out of character for me) broccoli salad and found it excellent.

Do yourself a favor if you like Q....

Go!

   

See all photos from Guy H. for Hutchins BBQ

Useful 75    Funny 37    Cool 82

4/12/2020 · Previous review

Shelter in Place Review!
…
Read more

**Ronnie M.** Elite 2022
Houston, TX
5    60    50

12/6/2022

2 photos

First time and it was amazing.

Living in Houston, thinking Houston BBQ is the end all-be all, but I admit I was wrong.

For as good as it is, and for as long the lines are at the good spots in Houston, I was expecting the same thing. But, the line goes really quickly.

Also was surprised to eat around 6 and none of the foods were sold out. Not a single meat was off by the time we got there.

For the food. This was my first time ordering by the pound. That can be challenging to a man of my food prowess but I was smart.

Beef rib tasted like an angel came down, slaughtered a cow, sprinkled some goodness on it, and made it just for me.  Turkey was good. The sausage was phenomenal. That Texas Twinkie (again, starting to question Houston's bbq because I had never heard of these) was really good. Loved the sides and there are a lot of options. The icing on the cake was the complimentary banana pudding, peach cobbler, and ice cream.

 

Beef ribs, Turkey, Sausage, Brisket Pinto B…    Beef rib (not on the menu but it is there), S…

Useful    Funny    Cool 1

**Tony P.** Elite 2022
Carrollton, TX
147    473    4977

11/10/2022 · Updated review

13 photos

Had dinner here over the weekend. I ordered their brisket and backed stuffed potato, also fried okra. So delicious, the brisket is soft it almost melt in my mouth.
Service staff are friendly and helpful. Well lighted dining area. Casual ambiance.

Will sure be back.

   

See all photos from Tony P. for Hutchins BBQ

 Useful    Funny    Cool

 8/10/2019 · Previous review

Had dinner here with my family last night.
...
Read more

### Ryan G. **Elite 2022**
Dallas, TX

 27   205   65

11/10/2022

1 photo

Okay, listen. You want great bbq? This is your spot. You want immediate service and low quality meat? Go somewhere else.

There's gonna be a line, so plan ahead. It moves fairly quick and there are enough tables in the restaurant you should be able to find one once you get your food.

My personal favorite meats here are the sausage and the turkey, but you really can't go wrong. Most bbq places have good brisket and mediocre other stuff, but not here. Get some sides too, they're all solid. The mac is great as expected.

But... perhaps most importantly…. The free desserts. Come for the meat, stay for the desserts. Banana cream pie and peach cobbler, get them both, maybe get a second. No regrets. Too bad they have the sign saying you can't take those home.

So there you have it. Expect a lot of people. Expect a line. Expect a fairly noisy restaurant. Expect delicious bbq, side dishes, and desserts. Maybe grab a sweet tea while you're at it. Go look at my food picture and then decide you don't want that food today. I dare you.


Bbq

 Useful    Funny    Cool

### Bernadette T. **Elite 2022**
San Diego, CA

 230   114   371

10/16/2022

4 photos   1 check-in

Visited Dallas for a short trip and was in search of some Texas bbq, and I was happy to find it here!!! You are able to order meat by the lb here, I've found that a 1/4 lb to 1/2 lb amount is pretty filling. My boyfriend got over 1 lb the first time he came here and it was way too much lol! I loved the brisket (so tender and juicy! you can choose between a lean, marbled, or fatty cut) and jalapeño cheese sausage (the jalapeño and cheese both added tons of flavor). They also have a stuffed jalapeño stuffed with cream cheese and brisket, wrapped in bacon, its so rich (my friends called it a texas twinkie lol).  Sides are one set price, so get as much as you like in 1 tray. I recommend the mashed potatoes, broccoli salad as a nice refreshing contrast, and green beans.

They also have dessert for dine-in guests, we came late so the banana pudding was all out, but we got some peach cobbler which was just okay (tasted like box mix).

I'm definitely coming here next time I'm in town to get my bbq fix!!!! We came on a Sunday evening so a bit of a line out the door. We probably waited around 20 minutes but the wait is worth it.

   

Useful 2   Funny 1   Cool 1

◀  1  2  3  4  5  6  7  8  9  ▶    1 of 189

190 other reviews that are not currently recommended ⌄

## Find reviews useful? Help others by sharing your experience.

**Kosta Dino's Shoe Repair**
Do you recommend this business?

Yes   No   Maybe

## You Might Also Consider   Sponsored ⓘ

**Tommy Bahama Restaurant | Bar | Store - Plano**
466                              5.3 miles away from Hutchins BBQ

Mark H. said "I'll be honest, I didn't want to come here because of the name and all I could think was... wait the clothing store has food... that's weird. But... then a coworker said it was amazing and we were missing Hawaii so tried it out one…"  read more

in Sandwiches, Cocktail Bars, Burgers

**Menchie's Frozen Yogurt - Windsong Ranch**
37                               6.3 miles away from Hutchins BBQ

Kalijae B. said "We went on Sunday for their free waffle bowl day. It was a mad house but the employees all stayed calm cool and collected. The toppings section is very clean especially for how crazy it was in there. I'm so happy this is so close to…"  read more

in Desserts

## Collections Including Hutchins BBQ

    

**P O C K E T \\ D F W**
By Jenny H.

**Frisco TX Local Favorites**
By Brad S.

**BB-DFW! The Best Barbeque list**
By Chris L.

**Frisco! Best Eats Around these Northern Parts**
By Chris L.

**National BBQ Month**
By Semhar M.

## People Also Viewed


### Tender Smokehouse - Frisco
★★★★½ 367
$$ • Barbeque, Breakfast & Brunch


### Platia Greek Kouzina
★★★★½ 1186
$$ • Greek, Desserts


### Hard Eight BBQ
★★★☆ 1069
$$ • Barbeque, Steakhouses, Sandwiches


### Cookie Society - Frisco
★★★★★ 293
Bakeries, Desserts


### Roti Grill
★★★★½
$$ • Indian, Des…

## Best of Frisco
Things to do in Frisco

## Near Me
BBQ Near Me

Cheesecake Factory Near Me

Desserts Near Me

Ribs Near Me

## Browse Nearby
 Restaurants

 Nightlife

 Shopping

 Show all

## People found Hutchins BBQ by searching for…
Baked Potato Frisco

Bbq Restaurants Frisco

Bbq Ribs Frisco

Beef Ribs Frisco

Buffet All You Can Eat Frisco

Byob Restaurants Frisco

Diners Drive Ins And Dives Frisco

Korean Bbq Frisco

Korean Food Frisco

Mac And Cheese Frisco

Pecan Lodge Dallas Frisco

Texas Bbq Frisco

## Dining in Frisco
 Search for Reservations

 Book a Table in Frisco

## Other Places Nearby
Find more Barbeque near Hutchins BBQ

Find more Desserts near Hutchins BBQ

## Related Articles
Yelp's Top 100 US Donut Shops

## Frequently Asked Questions about Hutchins BBQ

**Does Hutchins BBQ take reservations?**

Yes, you can make a reservation by picking a date, time, and party size.

**Does Hutchins BBQ have outdoor seating?**

Yes, Hutchins BBQ has outdoor seating.

**Is Hutchins BBQ currently offering delivery or takeout?**

Yes, Hutchins BBQ offers both delivery and takeout.

**What forms of payment are accepted?**

Hutchins BBQ accepts credit cards.

| About | Discover | Yelp for Business | Languages |
|---|---|---|---|

| About Yelp | Yelp Project Cost Guides | Yelp for Business | |
|---|---|---|---|
| | | | English ⌄ |
| Careers | Collections | Business Owner Login | |
| | | | **Countries** |
| Press | Talk | Claim your Business Page | |
| Investor Relations | Events | Advertise on Yelp | United States ⌄ |
| Trust & Safety | Yelp Blog | Yelp for Restaurant Owners | |
| Content Guidelines | Support | Table Management | |
| Accessibility Statement | Yelp Mobile | Business Success Stories | |
| Terms of Service | Developers | Business Support | |
| Privacy Policy | RSS | Yelp Blog for Business | |
| Ad Choices | | | |
| Your Privacy Choices | | | |

Copyright © 2004–2022 Yelp Inc. Yelp, yelp✦, ✦ and related marks are registered trademarks of Yelp.