7:41



**Wes**





Plus y'all took since 1978 off the logo !! You're doing away with the past we're embracing the past !! At the end of the day yes it's all Hutchins bbq !! It's what we have done our whole life !!! Just take us to court you'll see !!! We did all our home work you will lose !!!

11:36



Wes

> Under US trademark law, a mark which is "primarily merely a surname" cannot be protected as a trademark without proof that it has "acquired distinctiveness." A mark is considered to be "primarily merely a surname" if its primary impact or impression on the purchasing public is that of a mere surname and not a trademark ... Jun 6, 2013

Just trying to save y'all money time and embarrassment !! You can only patent and trademark a logo not a name and Especially when it's my last name !! Tracy y'all lawyers are not smart at all !! If they told you y'all have a lawsuit then they are taking your money !! You have to remember I have the founders blessing and that's the most powerful thing you can have !!

I can also use this as well !! ( The Hutchins BBQ ) believe me I was honest and open about everything



iMessage

11:37



**Wes**

that's the most powerful thing you can have !!

I can also use this as well !! ( The Hutchins BBQ ) believe me I was honest and open about everything to this group !! It's just sad how bad it makes y'all look when I start hearing y'all are suing me !! Tracy I walk away from a 27 million a year business without a lawsuit !! Because I was told it could destroy the business with the way I had to do it !! But when I was told I could open a Hutchins bbq !! Well that made my day !!! Look enough is enough !!  It's my name I help start it all  and I will do what I want when I want !! Look just because Tim turned into a greedy monster and tried to steal