3/19/2022         3:32 pm (15:32:16)         #12
              15:31:41                       #20
              15:34:34                        #8

Today I saw Roy Hutchins, numberous times walking and filming throughout the store. He had his cell phone and made several managers feel uncomfortable. We have video surveillance showing each moment. He walk from the restrooms, banquet Room, Meat Cutting station. Once he filmed he left the store.

General Manger

Kelvin Mitchell    [signature]

Margarita Santiago called Tim Hutchins to let him know Mr. Roy was recording. also going around the restaurant.
— Margarita S

· Diana Escoto had noticed roy with his cell phone recording throughout the pits and drive-thru. [scribbled out]
[scribbled out]  [signature]

[signature: Roy]

Statment From Wayne White
Date of encounter. 3-19-21

Roy Hutchins showed up at the Frisco Location in the middle of the day. He walked in and started shooting a video, ~~withouth speaking to anyone~~.

When he was getting ready to leave I walked outside with him. and he began to tell me how he designed and built the new put cam. ~~How coming~~ He started telling me how coming to Frisco was his idea and Tim and Tracy are drunk drug addicts that can't think on there own. He ~~stated~~ ~~or~~ bragged about how stupid he made them look in court and how he destroyed them and got everything he wanted. He kept running his 2 sons down and talking about how Wesley the oldest son is going to shake them to their core.



## STATEMENT FORM

Name: Nadia R Diaz    Contact Number: 469-734-1785
Email: ndiaz@hutchinsbbq.com
Would like to remain anonymous: ☒
Area where incident took place: _____
Date & time of Incident: 8/26/22  (9:46) for video cameras
Manager on duty: _____

Mr. Ray was at the restaurant at 10:26. I was in the office checking who was here to call them in (to write the statements). When me and Maria saw Mr. Ray in the front area (by the meat cutters) taking pictures of multiple stuff. (Pictures, meat cutter area, etc etc. He later move to the patio area and took more pictures.

Please be specific and detailed in your recollection of what happened. If you need more space to write, use the back of this form.

Signature: _____    Date: 8-26-22   ND
Printed Name: Nadia D

**Witness Contact:**
Name: Nadia    Phone Number: 469-734-1785



## STATEMENT FORM

**Name:** Maria Garcia   **Contact Number:** (469) 591-8299
**Email:** _____
**Would like to remain anonymous:** ✓
**Area where incident took place:** Frisco Store
**Date & time of Incident:** Friday 8-26-22  10:26 am
**Manager on duty:** _____

I was in the office with Nadia discussing the statement forms we needed to get from employees when we look up to the TV with the cameras footage and see Mr. Roy Hutchins taking pictures in the dining room of the restaurant. He moves to the ordering line or the entrance of the building and takes more pictures. We watch him walk around inside and outside the restaurant taking pictures of rooms, decorations, walls, the menu. After taking pictures of the front entrance of the building he was gone.

Please be specific and detailed in your recollection of what happened. If you need more space to write, use the back of this form.

**Signature:** Maria Garcia   **Date:** 8-26-22

**Printed Name:** Maria Garcia

**Witness Contact:**

**Name:** Nadia Diaz   **Phone Number:** _____