

**Wes** >

Yesterday 1:50 PM

Tracy y'all are full retard !! Now I'm glad I signed on property today !! To build new store in frisco !! Listen I told dad this is 100% up to you and Tim !! Keep on fighting acting like fools !! And you will lose everything you got !! Tracy you and Tim made a huge mistake by not giving me my 33% ownership !!! I begged y'all to do the right thing !! You both refused !! So stop crying you can't have your cake and eat it to !! Tracy I own the name (Hutchins BBQ Est.1978 ) I own the trademark just like I own 33% of mckinney and frisco now !! Just because Tim has control of the stores and his LLC does not make him the rightful

        iMessage



**Wes** ›

I own 33% of mckinney and frisco now !! Just because Tim has control of the stores and his LLC does not make him the rightful owner !! Tim is peace of shit that stoled from his own family !!! Now I will work on property for mckinney !! I will restore the family business the right way !! Once I humble you both down and make a fool of you !! Then you both will want to talk !! Tracy right always wins !!! Tracy you know I'm 100% right !! Problem is you and Tim underestimated me !! But it's not me !! It's a God thing and you both are in trouble for what y'all did to me !!! Sending picture of the property in frisco now !! Building 9,000 Sq feet in frisco !!!

iMessage