3:57

**Wes**

Today 3:53 PM



Tracy this is my life it's what I have done my whole life !! This is 100% going forward because of what you and Tim has done to me !!! Sue me and like I said it will be your second big lose in court !!! Dude I still don't know what you and Tim were thinking doing a brother this way !!! Especially when he the brother that help start it all !! So this whole new business deal was born because you and Tim refused to do the right

Tracy this is my life it's what I have done my whole life !! This is 100% going forward because of what you and Tim has done to me !!! Sue me and like I said it will be your second big lose in court !!! Dude I still don't know what you and Tim were thinking doing a brother this way !!! Especially when he the brother that help start it all !! So this whole new business deal was born because you and Tim refused to do the right thing !!! Look what else was I suppose to do !!! Y'all cut my money off cut my insurance !! Left me to die with nothing so I welcome court !! The only thing that matters is paying 4% royalties to dad and mom !!!